Witold J. Walczak (*pro hac vice* to be filed)
Stephen A. Loney, Jr. (*pro hac vice* to be filed)
Ari Shapell (*pro hac vice* to be filed)
Keith Armstrong (*pro hac vice* to be filed)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
vwalczak@aclupa.org
sloney@aclupa.org
ashapell@aclupa.org
karmstrong@aclupa.org

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
mcagle@aclunc.org

Susan M. Lin (*pro hac vice* to be filed)
Jonathan H. Feinberg (*pro hac vice* to be filed)
Grace Harris (*pro hac vice* to be filed)
KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP
718 Arch St. Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
slin@krlawphila.com
jfeinberg@krlawphila.com
gharris@krlawphila.com

Seth Kreimer (*pro hac vice* to be filed)
3501 Sansom St.
Philadelphia, PA 19104
Telephone: (215) 898-7447
skreimer@law.upenn.edu

Caitlin Barry (*pro hac vice* to be filed)
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Telephone: (610) 519-3216
caitlin.barry@law.villanova.edu

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summonses Number HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>   Movant,<br><br>   v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>   Respondent. | Misc. Case No.:<br><br>**DECLARATION OF J. DOE IN SUPPORT OF MOVANT'S MOTION TO QUASH SUMMONSES**<br><br>Date: To be set by the Court<br>Time: To be set by the Court<br>Courtroom: To be set by the Court |

I, J. DOE, declare the following under 28 U.S.C. § 1746 and state that, under penalty of perjury, the following is true and correct to the best of my knowledge and belief:

1. I am an individual over 18 years of age and the Movant in this action. I make this declaration in support of the Motion to Quash the Summonses that seeks to identify me and others with whom I work in connection with Facebook and Instagram community pages. I can testify to the following matters from personal knowledge, except as those matters stated on information and belief. As to those I believe them to be true.

2. For reasons I explain below, I make this declaration under an anonymous pseudonym, J. Doe, to protect my privacy and my anonymity.

3. I am a citizen of the United States.

4. I created the Facebook account "MontCo Community Watch" and Instagram account with the handle @montcowatch in June 2025 as a means of informing the community about Immigration and Customs Enforcement ("ICE") activity in Montgomery County, Pennsylvania, and sharing information and resources to help protect immigrant rights, due process, and the humanity of my neighbors.

5. The Facebook and Instagram accounts provide alerts about confirmed or suspected sightings of ICE agents and ICE detentions in Montgomery County. These alerts include the time, date, and location of the sighting or detention and anonymously report who was detained. Through posting alerts, I hope to bring visibility to the general community about ICE actions in our neighborhood.

6. The Facebook and Instagram accounts also feature know-your-rights graphics, information about local gatherings such as vigils and protests, and fundraising posts to support families affected by ICE detentions in Montgomery County. They also include information about where and how ICE is conducting operations within Montgomery County.

7. To the best of my knowledge, these accounts do not post any content that promotes or is connected to the shipment or importation of merchandise.

8. I post content to the Facebook and Instagram accounts that reflects my moral and political commitments to immigrants' rights and my connection to the Montgomery County community. These accounts are designed to raise awareness about events of public concern in the community. I

curate the content that appears in each account's feed to primarily include content that I have created, with occasional content that I have reposted for the accounts' followers to see. I include content in each account's feed for a wide variety of reasons, including that I consider it informative, alarming, and, at times, upsetting.

9. I post photographic or video content to the Facebook and Instagram accounts to bring visibility to ICE activity so that community members are well informed that harmful immigration enforcement activity is happening in their community, and with the goal of helping them distinguish between this activity and local law enforcement actions. The purpose of the @montcowatch account is not reveal private or identifying information about anyone who is depicted or described in posted content. I take precautions when posting visual content, including not posting license plate numbers and using blurry images to avoid identifying anyone.

10. On October 3, 2025, I received an email from records@facebook.com stating the following: "We have received legal process from law enforcement seeking information about your Facebook account. If we do not receive a copy of documentation that you have filed in court challenging this legal process within ten (10) days, we will respond to the requesting agency with information about the requested Instagram account. We may need to respond to this legal request within less than ten (10) days if we have a reasonable belief that we are legally required to do so. Please respond to this message with a copy of any documents you file with the court. If you would like additional information about the legal process, please let us know as soon as possible." Around the same time, on October 3, 2025, I received a substantially identical email from records@facebook.com pertaining to the Instagram account. On information and belief, both emails were from Meta Platforms, Inc. ("Meta").

11. On October 6, 2025, I responded to Meta's email for each account, requesting "a copy of the subpoena or other request for information related to my accounts that prompted this email. I plan to challenge this request and I am cc'ing [sic] my legal counsel. Please provide a copy as soon as possible."

12. On October 8, 2025, after not receiving any response from Meta, I responded again, asking for the same information and also requesting an extension of the ten days provided in the initial email. I never received any response from Meta to my two email requests.

---

DECLARATION OF J. DOE ISO MOTION TO QUASH SUMMONSES
Misc. Case No._____                                                                                                          3

13. On October 9, 2025, outside counsel for Meta emailed my attorneys with redacted copies of the legal processes the company had received from the Department of Homeland Security.

14. The legal process pertaining to the Facebook account listed "Meta Platforms, Inc" under "To (Name, Address, City, State, Zip Code)." That legal process listed "HSI-PH-2025-082814-001" next to "Summons Number." That document further displayed "DEPARTMENT OF HOMELAND SECURITY" and "SUMMONS To Appear and/or Produce Records 19 U.S.C. § 1509." A true and correct copy of the document is attached as **Exhibit A**.

15. Under "Records required to be produced for inspection," the legal process stated the following: "Pursuant to an investigation being conducted by U.S. Department of Homeland Security, Homeland Security Investigations, your office is requested to provide records concerning the identity of the below listed Facebook user, consisting of name, postal code, country, all email address(es) on file, date of account creation, registered telephone numbers, IP address at account sign up, and logs showing IP address and date stamps for account accesses from 02/01/2025 to the present." That document had a URL address for the MontCo Community Watch Facebook page listed for account information.

16. The legal process pertaining to the Instagram account listed "Instagram (Meta Platforms, Inc)" under "To (Name, Address, City, State, Zip Code)." That legal process listed "HSI-PH-2025-082819-001" next to "Summons Number." That document further displayed "DEPARTMENT OF HOMELAND SECURITY" and "SUMMONS To Appear and/or Produce Records 19 U.S.C. § 1509." A true and correct copy of the document is enclosed as **Exhibit B**.

17. Under "Records required to be produced for inspection," the legal process stated the following: "Pursuant to an investigation being conducted by U.S. Department of Homeland Security, Homeland Security Investigations/Philadelphia, your office is requested to provide records concerning the identity of the below listed Instagram users, consisting of name, postal code, country, all email address(es) on file, date of account creation, registered telephone numbers, IP address at account sign up, and logs showing IP address and date stamps for account accesses from 02/01/2025 to the present." That document had "Instagram/@montcowatch," "User ID- 74855421765," and "https://www.instagram.com/montcowatch" listed as the intended account username and information.

18. I do not use my own name on either the Facebook account or the Instagram account because I wish to keep the material that I post there separate from my professional and personal life. The goal of my work on these accounts is to document ICE's actions in Montgomery County and to inform the general community. Using these accounts anonymously has never been primarily about ensuring that I have some protection from an unjust government seeking to persecute me for my speech. But today I am grateful for the protection that my anonymity provides. I am overwhelmed with anxiety by the possibility that the government will find out who I am using these summonses.

19. I believe the government is targeting me because it disagrees with the content of the speech that I have posted and reposted online. I believe that my anonymity is the only thing standing between me and unfair and unjust persecution by the government of the United States.

20. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 16th day of October 2025.

                                                                                                   /s/ J. Doe
                                                                                                     J. Doe