# Exhibit B

| 1. To (Name, Address, City, State, Zip Code)<br>Instagram (Meta Platforms, Inc)<br>Law Enforcement Response Team<br>1 Meta Way,<br>Menlo Park, California 94025 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-PH-2025-082819-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the Homeland Security Investigations (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) HSI Special Agent | | (B) Date and Time |
|---|---|---|
| Name ▮▮▮▮▮<br>Title Agent<br>Address 220 Chestnut Street Room 200<br>Philadelphia, PA 19106<br>United States | ▮▮▮▮▮ | 9/25/2025 8:00 AM |

**3. Records required to be produced for inspection**

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other HSI Special Agent ▮▮▮▮▮ | 5. Date of issue - 9/11/2025 4:25 PM EST<br><br>By: ▮▮▮▮▮ |
|---|---|
| | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name ▮▮▮▮▮<br>Title Special Agent in Charge (Acting)<br>Address Homeland Security Investigations<br>220 Chestnut Street Room 200<br>Philadelphia, PA 19106<br>United States<br><br>Telephone ▮▮▮▮▮ |
| If you have any questions regarding this summons, contact the HSI Special Agent identified in Block 2 | |

Digitally Signed by ▮▮▮▮▮, CN=Homeland Security Investigations, O=Homeland Security Investigations, L=Lorton, S=Virginia, C=US'
Date: 2025.09.11 20:26:06 +00:00

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Instagram (Meta Platforms, Inc)<br>Law Enforcement Response Team<br>1 Meta Way,<br>Menlo Park, California 94025 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-PH-2025-082819-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐ **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Pursuant to an investigation being conducted by U.S. Department of Homeland Security, Homeland Security Investigations/Philadelphia, your office is requested to provide records concerning the identity of the below listed Instagram users, consisting of name, postal code, country, all email address(es) on file, date of account creation, registered telephone numbers, IP address at account sign up, and logs showing IP address and date stamps for account accesses from 02/01/2025 to the present.

Please see below for account username and info:

Instagram/@montcowatch
User ID- 74855421765
https://www.instagram.com/montcowatch

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NOTE: The HSI e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Homeland Security Investigations:
220 Chestnut Street Room 200 , Philadelphia, PA, 19106

If you have questions, please contact Agent ▮▮▮▮▮▮▮▮▮▮▮▮▮

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**