| | |
|---|---|
| Witold J. Walczak (*pro hac vice* to be filed) | Susan M. Lin (*pro hac vice* to be filed) |
| Stephen A. Loney, Jr. (*pro hac vice* to be filed) | Jonathan H. Feinberg (*pro hac vice* to be filed) |
| Ari Shapell (*pro hac vice* to be filed) | Grace Harris (*pro hac vice* to be filed) |
| Keith Armstrong (*pro hac vice* to be filed) | KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP |
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA | 718 Arch St. Suite 501 South |
| P.O. Box 60173 | Philadelphia, PA 19106 |
| Philadelphia, PA 19102 | Telephone: (215) 925-4400 |
| Telephone: (215) 592-1513 | slin@krlawphila.com |
| vwalczak@aclupa.org | jfeinberg@krlawphila.com |
| sloney@aclupa.org | gharris@krlawphila.com |
| ashapell@aclupa.org | |
| karmstrong@aclupa.org | Seth Kreimer (*pro hac vice* to be filed) |
| | 3501 Sansom St. |
| Jacob Snow (CA Bar No. 270988) | Philadelphia, PA 19104 |
| Matthew T. Cagle (CA Bar No. 286101) | Telephone: (215) 898-7447 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. | skreimer@law.upenn.edu |
| 39 Drumm Street | Caitlin Barry (*pro hac vice* to be filed) |
| San Francisco, CA 94111 | Villanova University |
| Telephone: (415) 621-2493 | Charles Widger School of Law |
| jsnow@aclunc.org | 299 N. Spring Mill Rd. |
| mcagle@aclunc.org | Telephone: (610) 519-3216 |
| | caitlin.barry@law.villanova.edu |

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:* | Misc. Case No.: |
| J. DOE, | **[PROPOSED] ORDER RE: MOTION TO QUASH** |
| Movant, | Date: To be set by the Court |
| v. | Time: To be set by the Court |
| | Courtroom: To be set by the Court |
| THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

[PROPOSED] ORDER GRANTING MOTION TO QUASH
Misc. Case No._____

**[PROPOSED] ORDER**

Movant J. Doe filed a Motion to quash the two summonses issued to Meta Platforms, Inc., dated September 11, 2025, by the Department of Homeland Security. The summonses demand the name, postal code, country, all email addresses on file, date of account creation, registered telephone numbers, IP address at account sign up, and logs showing IP address and date stamps for account accesses from 02/01/2025 to the present associated with the Facebook account using the name "MontCo Community Watch" and the Instagram account using the handle @montcowatch.

Upon careful consideration of the arguments presented, and all briefing and evidence submitted, the Court finds good cause to GRANT Movant J. Doe's Motion to Quash Summonses.

IT IS HEREBY ORDERED that the summonses numbered HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001 issued to Meta Platforms, Inc. by the Department of Homeland Security on September 11, 2025, are hereby QUASHED with respect to the referenced Facebook and Instagram accounts. The summonses numbered HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001 shall have no further legal force or effect.

Dated:_____

_____
United States District Court Judge

| | |
|---|---|
| Witold J. Walczak (*pro hac vice* to be filed)<br>Stephen A. Loney, Jr. (*pro hac vice* to be filed)<br>Ari Shapell (*pro hac vice* to be filed)<br>Keith Armstrong (*pro hac vice* to be filed)<br>AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA<br>P.O. Box 60173<br>Philadelphia, PA 19102<br>Telephone: (215) 592-1513<br>vwalczak@aclupa.org<br>sloney@aclupa.org<br>ashapell@aclupa.org<br>karmstrong@aclupa.org<br><br>Jacob Snow (CA Bar No. 270988)<br>Matthew T. Cagle (CA Bar No. 286101)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>jsnow@aclunc.org<br>mcagle@aclunc.org<br><br>*Attorneys for Movant* | Susan M. Lin (*pro hac vice* to be filed)<br>Jonathan H. Feinberg (*pro hac vice* to be filed)<br>Grace Harris (*pro hac vice* to be filed)<br>KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP<br>718 Arch St. Suite 501 South<br>Philadelphia, PA 19106<br>Telephone: (215) 925-4400<br>slin@krlawphila.com<br>jfeinberg@krlawphila.com<br>gharris@krlawphila.com<br><br>Seth Kreimer (*pro hac vice* to be filed)<br>3501 Sansom St.<br>Philadelphia, PA 19104<br>Telephone: (215) 898-7447<br>skreimer@law.upenn.edu<br><br>Caitlin Barry (*pro hac vice* to be filed)<br>Villanova University<br>Charles Widger School of Law<br>299 N. Spring Mill Rd.<br>Telephone: (610) 519-3216<br>caitlin.barry@law.villanova.edu |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>        Movant,<br><br>        v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Respondent. | Misc. Case No.:<br><br>**[SECOND] [PROPOSED] ORDER RE: MOTION TO QUASH** |

Movant J. Doe moves to quash two summonses issued to Meta Platforms, Inc., on September 11, 2025, by the Department of Homeland Security, designated as Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001. Pending resolution of this matter, the Court **ORDERS** Meta not to produce the information without further order of the Court.

Dated:_____

_____
United States District Court Judge