| | |
|---|---|
| Witold J. Walczak (*pro hac vice* to be filed) | Susan M. Lin (*pro hac vice* to be filed) |
| Stephen A. Loney, Jr. (*pro hac vice* to be filed) | Jonathan H. Feinberg (*pro hac vice* to be filed) |
| Ari Shapell (*pro hac vice* to be filed) | Grace Harris (*pro hac vice* to be filed) |
| Keith Armstrong (*pro hac vice* to be filed) | KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP |
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA | 718 Arch St. Suite 501 South |
| P.O. Box 60173 | Philadelphia, PA 19106 |
| Philadelphia, PA 19102 | Telephone: (215) 925-4400 |
| Telephone: (215) 592-1513 | slin@krlawphila.com |
| vwalczak@aclupa.org | jfeinberg@krlawphila.com |
| sloney@aclupa.org | gharris@krlawphila.com |
| ashapell@aclupa.org | |
| karmstrong@aclupa.org | Seth Kreimer (*pro hac vice* to be filed) |
| | 3501 Sansom St. |
| Jacob Snow (CA Bar No. 270988) | Philadelphia, PA 19104 |
| Matthew T. Cagle (CA Bar No. 286101) | Telephone: (215) 898-7447 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. | skreimer@law.upenn.edu |
| 39 Drumm Street | Caitlin Barry (*pro hac vice* to be filed) |
| San Francisco, CA 94111 | Villanova University |
| Telephone: (415) 621-2493 | Charles Widger School of Law |
| jsnow@aclunc.org | 299 N. Spring Mill Rd. |
| mcagle@aclunc.org | Telephone: (610) 519-3216 |
| | caitlin.barry@law.villanova.edu |

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:* | Case No.: 3:25-mc-80325-PHK |
| J. DOE, | **PROOF OF SERVICE** |
| Movant, | |
| v. | |
| THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

# PROOF OF SERVICE

I, Stephen A. Loney, Jr., am over the age of 18, employed in Philadelphia, Pennsylvania, and not a party to this action. My business address is P.O. Box 60173, Philadelphia, PA 19102.

I further declare that I caused the following documents to be served on Respondent United States Department of Homeland Security ("DHS") on October 21, 2025:

1. **Motion to Quash Summonses**
2. **S. Loney Declaration**
3. **J Doe Declaration**
4. **Exhibit A**
5. **Exhibit B**
6. **Proposed Orders**
7. **Order re: Pending Motion to Quash Summonses**

by United States Certified Mail to:

Civil Process Clerk

United States Attorney's Office for the Northern District of California

P.O. Box 36055

San Francisco, CA 94102

I also sent a courtesy copy of the first six listed documents to Respondent's counsel on October 17, 2025 via email to the following address(es) listed:

Pamela.Johann@usdoj.gov

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Additionally, I also served Meta Platforms, Inc. with the first six documents listed above on October 17, 2025 by email to the address(es) listed below:

APak@perkinscoie.com

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

After receiving notice of the Court's October 17, 2025 Order (ECF No. 3), my co-counsel, Jacob Snow, provided an email copy of the Court's Order re: Pending Motion to Quash Summonses to each of the addresses listed above. With respect to only the Court's October 17, 2025 Order (ECF No. 3), counsel for Respondent DHS agreed to accept service via email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2025 in Philadelphia, Pennsylvania.

*/s/ Stephen A. Loney Jr.*
Stephen A. Loney, Jr.