

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
**EASTERN DISTRICT OF PENNSYLVANIA**

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Caitlin A. Barry Bar# 205501 was duly admitted to practice in this Court 10/03/2012 and is in good standing as a member of the bar of this Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Oct/23/2025

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

*George Wylesol*
**GEORGE WYLESOL**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania on 10/23/2025**

BY: *Naarah Knuckles*
**Deputy Clerk**

Rev. 1/20/17