# EXHIBIT 1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**  }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Ariel Shapell, Bar# 330409, was duly admitted to practice in this Court on 04/25/2022, and is in good standing as a member of the bar of this Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Jun/6/2025

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

*George Wylesol*
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on 06/06/2025

BY: *Trevor McDermott*

**Deputy Clerk**

Rev. 1/20/17