# EXHIBIT 1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  
**EASTERN DISTRICT OF PENNSYLVANIA**  }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Stephen A. Loney, Jr. Bar# 202535 was duly admitted to practice in this Court 11/28/2006 and is in good standing as a member of the bar of this Court.

**CLERK'S OFFICE**  
Sworn to and Subscribed before me this day  
Oct/22/2025  

_____  
**Deputy Clerk, U.S. District Court**  
**Eastern District of Pennsylvania**

*George Wylesol*  
_____  
**GEORGE WYLESOL**  
**Clerk of Court**

DATED at Philadelphia, Pennsylvania on 10/22/2025

BY: *Naarah Knuckles*  
      **Deputy Clerk**

Rev. 1/20/17