# EXHIBIT 1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

   I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Seth Kreimer Bar# 26102 was duly admitted to practice in this Court 10/10/1979 and is in good standing as a member of the bar of this Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Oct/23/2025

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

*George Wylesol*
_____
**GEORGE WYLESOL**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania on 10/23/2025

BY: *Naarah Knuckles*
   **Deputy Clerk**

Rev. 1/20/17