# EXHIBIT 1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**        }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Witold J. Walczak Bar# 62976 was duly admitted to practice in this Court 11/23/2004 and is in good standing as a member of the bar of this Court.

**CLERK'S OFFICE**
**Sworn to and Subscribed**
**before me this day**

Oct/22/2025

_____
**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

_____
**GEORGE WYLESOL**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania**
**on 10/22/2025**

**BY:** *Naarah Knuckles*

    **Deputy Clerk**

Rev. 1/20/17