CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH G. BRAKEBILL (CABN 196696)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    kenneth.brakebill@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001<br><br>J. DOE,<br>    Movant,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent. | Case No. 3:25-mc-80325-PHK<br><br>**RESPONDENT DEPARTMENT OF HOMELAND SECURITY'S CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c), Respondent Department of Homeland Security voluntarily **consents** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Respondent understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: November 7, 2025        Respectfully submitted,

                                        CRAIG H. MISSAKIAN
                                        United States Attorney

                                        */s/ Kenneth Brakebill*
                                        KENNETH BRAKEBILL
                                        Assistant United States Attorney

                                        Attorneys for Defendant