| | |
|---|---|
| Stephen A. Loney, Jr. (admitted *pro hac vice*)<br>Ariel Shapell (admitted *pro hac vice*)<br>Keith Armstrong (admitted *pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA<br>P.O. Box 60173<br>Philadelphia, PA 19102<br>Telephone: (215) 592-1513<br>sloney@aclupa.org<br>ashapell@aclupa.org<br>karmstrong@aclupa.org | Susan M. Lin (*pro hac vice* to be filed)<br>Jonathan H. Feinberg (*pro hac vice* to be filed)<br>Grace Harris (*pro hac vice* to be filed)<br>KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP<br>718 Arch St. Suite 501 South<br>Philadelphia, PA 19106<br>Telephone: (215) 925-4400<br>slin@krlawphila.com<br>jfeinberg@krlawphila.com<br>gharris@krlawphila.com |
| Jacob Snow (CA Bar No. 270988)<br>Matthew T. Cagle (CA Bar No. 286101)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>jsnow@aclunc.org<br>mcagle@aclunc.org | Seth Kreimer (admitted *pro hac vice*)<br>3501 Sansom St.<br>Philadelphia, PA 19104<br>Telephone: (215) 898-7447<br>skreimer@law.upenn.edu<br><br>Caitlin Barry (admitted *pro hac vice*)<br>Villanova University<br>Charles Widger School of Law<br>299 N. Spring Mill Rd.<br>Telephone: (610) 519-3216<br>caitlin.barry@law.villanova.edu |

*Attorneys for Movant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>    Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No.: 3:25-mc-80325-PHK<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH; [PROPOSED] ORDER** |

On October 16, 2025, Movant J. Doe filed this miscellaneous action seeking to quash two administrative subpoenas issued by Respondent United States Department of Homeland Security ("DHS"). The Court issued an order on October 31, 2025 requiring all parties to meet and confer promptly to discuss a stipulated briefing and hearing schedule on the Motion to Quash.

Counsel for Doe and DHS have met and conferred regarding a briefing schedule for the Motion to Quash. Subject to the Court's approval, the parties stipulate as follows:

1. Respondent's response to the Motion to Quash shall be filed by December 3, 2025.

2. Movant's reply shall be filed by December 23, 2025.

3. The Motion is set for hearing on January 8, 2026 at 1:30 pm.

IT IS SO STIPULATED.

Dated: November 7, 2025                    By: /s/Ariel Shapell
                                           Stephen A. Loney, Jr. (admitted *pro hac vice*)
                                           Ariel Shapell (admitted *pro hac vice*)
                                           Keith Armstrong (admitted *pro hac vice*)

                                           AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA

                                           Jacob Snow (CA Bar No. 270988)
                                           Matthew T. Cagle (CA Bar No. 286101)

                                           AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

                                           Susan Lin (*pro hac vice* to be filed)
                                           Jonathan H. Feinberg (*pro hac vice* to be filed)
                                           Grace Harris (*pro hac vice* to be filed)

                                           KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP

                                           Seth Kreimer (admitted *pro hac vice*)

                                           Caitlin Barry (admitted *pro hac vice*)

                                           *Attorneys for Movant*

| | | |
|---|---|---|
| 1 | Dated: November 7, 2025 | By: */s/Kenneth G. Brakebill* |
| 2 | | Craig H. Missakian (CA Bar No. 125202) |
| | | United States Attorney |
| 3 | | Pamela T. Johann (CA Bar No. 145558) |
| | | Chief, Civil Division |
| 4 | | Kenneth G. Brakebill (CA Bar No. 196696) |
| | | Assistant United States Attorney |
| 5 | | 450 Golden Gate Avenue, Box 36055 |
| | | San Francisco, California 94102-3495 |
| 6 | | Telephone: (415) 436-7200 |
| | | Facsimile: (415) 436-6748 |
| 7 | | kenneth.brakebill@usdoj.gov |
| 8 | | *Attorney for Respondent* |

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Respondent's response to the motion to quash shall be filed by December 3, 2025. Movant's reply shall be filed by December 23, 2025. The motion is set for hearing on January 8, 2026 at 1:30 pm.

Date: _____    _____

PETER H. KANG
United States Magistrate Judge