

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Jonathan Howard Feinberg, Esq.

**DATE OF ADMISSION**

**December 6, 2001**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 2, 2025

*Nicole Traini*
Nicole Traini
Chief Clerk