Stephen A. Loney, Jr. (admitted *pro hac vice*)
Ari Shapell (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org
karmstrong@aclupa.org

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
mcagle@aclunc.org

Jonathan H. Feinberg (admitted *pro hac vice*)
KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP
718 Arch St. Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

Seth Kreimer (admitted *pro hac vice*)
3501 Sansom St.
Philadelphia, PA 19104
Telephone: (215) 898-7447
skreimer@law.upenn.edu

Caitlin Barry (admitted *pro hac vice*)
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Telephone: (610) 519-3216
caitlin.barry@law.villanova.edu

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>      Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>      Respondent | Case No.: 3:25-mc-80325-PHK<br><br>**DECLARATION OF STEPHEN LONEY IN FURTHER SUPPORT OF MOTION TO QUASH SUMMONSES**<br><br>Date: January 14, 2026<br>Time: 2:00 p.m.<br>Courtroom: F, 15th Floor<br><br>Hon. Peter H. Kang |

I, STEPHEN LONEY, declare as follows:

1. I am an individual over 18 years of age and counsel to Movant in this action. I can testify to the following matters from personal knowledge.

2. I have in my possession a copy of a signed reply declaration of J. Doe ("Doe"), which is dated December 23, 2025 and signed by hand in Doe's real name, not Doe's pseudonym. I have prepared a pseudonymous declaration of Doe that is identical in content to the signed version, but which adds the case caption and replaces Doe's name with a pseudonym. That pseudonymous declaration is also signed using "/s/ J. Doe" rather than Doe's real name.

3. To protect Doe's anonymity, counsel for Movant will file a true and correct copy of the pseudonymous declaration of Doe as an attachment to the Movant's Reply to Respondent's Opposition Motion to Quash.

4. I have corresponded with Doe about the declaration and am confident that the person who signed the declaration in Doe's real name is the person whose Instagram and Facebook accounts are targeted by the Summonses at issue in this case.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2025 in Philadelphia, Pennsylvania.

                                                    /s/ Stephen Loney
                                                    STEPHEN LONEY