Stephen A. Loney, Jr. (admitted *pro hac vice*)
Ari Shapell (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org
karmstrong@aclupa.org

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
mcagle@aclunc.org

Jonathan H. Feinberg (admitted *pro hac vice*)
KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP
718 Arch St. Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

Seth Kreimer (admitted *pro hac vice*)
3501 Sansom St.
Philadelphia, PA 19104
Telephone: (215) 898-7447
skreimer@law.upenn.edu

Caitlin Barry (admitted *pro hac vice*)
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Telephone: (610) 519-3216
caitlin.barry@law.villanova.edu

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>    Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No.: 3:25-mc-80325-PHK<br><br>**REPLY DECLARATION OF J. DOE**<br><br>Date: January 14, 2026<br>Time: 2:00 p.m.<br>Courtroom: F, 15th Floor<br><br>Hon. Peter H. Kang |

     I, J. Doe, declare the following under 28 U.S.C. § 1746 and state that, under penalty of perjury, the following is true and correct to the best of my knowledge and belief:

1. I am an individual over 18 years of age and the Movant in this action. I make this reply declaration in further support of the Motion to Quash the Summonses that seek to identify me and others with whom I work in connection with Facebook and Instagram community pages. I can testify to the following matters from personal knowledge, except as those matters stated on information and belief. As to those I believe them to be true.

2. I have reviewed the contents of the social media account images being submitted as "Appendix 1" to Movant's Reply to Respondent's Opposition to Motion to Quash. Appendix 1 represents all of the currently viewable public posts made by the "MontCo Community Watch" Facebook account and "@montcowatch" Instagram account, both of which I established in June 2025.

3. Appendix 1 contains all posts made by the above-referenced accounts since June 2025, with the exception of a small handful of posts (fewer than 10) that were deleted to ensure accuracy after I received information indicating that activity we had initially reported as suspected ICE activity did not involve ICE. Those few deleted posts were of the same character as those contained in Appendix 1—identifying locations of suspected ICE activity in Montgomery County, Pennsylvania. None of the deleted posts contained any threats to ICE agents, or any information identifying individual agents.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

     Executed this 23rd day of December 2025.

                                                              /s/ J. Doe
                                                                  J. Doe