# Appendix 1

# Part 1 of 3





## MontCo Community Watch's Post                                                  ✕

**MontCo Community Watch**
June 8 · 🌐                                                                        •••

# Use this form to document ICE Activity in MontCo:
# https://forms.gle/GfBp7PVGTQFHdZFFA

👍😂 8                                                                    4 shares

Like                          Comment                          Share

### No comments yet
Be the first to comment.

Write a comment...




**MontCo Community Watch's Post**          ✕



**MontCo Community Watch**
June 12 · 🌐



👍❤️😡 10                                                          11 shares

Write a comment...


   

## MontCo Community Watch's Post

 **MontCo Community Watch**
June 12 · 🌐

Know your rights and responsibilities as an Ally when you witness ICE activity!

### TIPS FOR LEGAL OBSERVERS

**WHAT TO DO IF YOU SEE ICE**

"I am a legal observer. I'm here to monitor and document this action."

Legal observers serve to document and monitor ICE activity, ensuring that ICE and other agents follow the law and do not violate human rights. Legal observers DO NOT INTERVENE or attempt to stop enforcement but instead create an accurate record that can be used for legal defense, community alerts, or accountability.

**ROLE**
- REMAIN NEUTRAL
- DO NOT ENGAGE WITH AGENTS
- OBSERVE AND RECORD
- DOCUMENT VIOLATIONS
- REPORT FINDINGS

**WHAT TO DOCUMENT**
DATE, TIME, LOCATION
AGENT DESCRIPTIONS:
- NUMBER OF AGENTS
- UNIFORMS OR PLAIN CLOTHES
- NAMES OR BADGES
- VEHICLE NUMBERS OR PLATES
WHAT HAPPENED:
- KNOCK? ENTER WITHOUT CONSENT?
- SHOW WARRANT/SIGNED BY A JUDGE?
- WHO WAS PRESENT AND WERE RIGHTS READ?
- WHO WAS DETAINED, QUESTIONED OR TAKEN AWAY
USE OF FORCE OR THREATS
WHETHER ICE COORDINATED WITH LOCAL POLICE

**BRING**
- NOTEBOOK & PEN
- CHARGED PHONE WITH CAMERA AND SECURE APPS
- OBSERVER BADGE OR VEST
- WATER, ID, AND EMERGENCY CONTACT INFO
- PRINTED RIGHTS CARDS

**REPORT**
- USE AVAILABLE HOTLINES AND COMMUNITY RESPONSE CHANNELS
- UPLOAD NOTES/PHOTOS TO SECURE DATABASES
- COMPLETE INCIDENT REPORT ASAP

**DO NOT**
- INTERVENE OR BLOCK ICE
- SPEAK ON BEHALF OF IMMIGRANTS
- ENTER PRIVATE PROPERTY
- POST PHOTOS/VIDEOS WITH IDENTIFYING INFO

### TIPS FOR PROTESTERS

**WHAT TO DO IF YOU SEE ICE**

"I am allowed to record and film you."

Protesters serve to call community attention to ICE activity, ensuring that the community and allies are aware and can connect with each other. **Protesters DO NOT INTERVENE or attempt to stop enforcement-- doing so puts you at risk of arrest with charges of misdemeanor.**

**ROLE**
- USE YOUR VOICE-- CALL ATTENTION TO THE SITUATION AND GET THE COMMUNITY'S ATTENTION/PARTICIPATION IF THEY ARE SAFE
- CHANT, PROTEST
- OBSERVE AND RECORD
- DO NOT GET PHYSICAL

**DO NOT**
- INTERVENE OR BLOCK ICE. DOING SO PUTS YOU AT RISK OF ARREST WITH CHARGES
- SPEAK ON BEHALF OF IMMIGRANTS
- ENTER PRIVATE PROPERTY
- POST PHOTOS/VIDEOS WITH IMMIGRANTS' IDENTIFYING INFO PUBLICLY

**KNOW YOUR RIGHTS**
- YOU CAN RECORD ICE ACTIVITY IN PUBLIC
- YOU HAVE THE RIGHT TO OBSERVE

**INFO**
- NATIONAL IMMIGRANT JUSTICE CENTER: 773-672-65998
- COLLECT CALL FOR THOSE DETAINED:

👍❤️ 7                                                   3 shares

| Like | Comment | Share |



## No comments yet
Be the first to comment.

 Write a comment...


  




**MontCo Community Watch**
June 12 · 🌐

👍 2

 Like                Comment

**No comments yet**

    Write a comment...





**MontCo Community Watch**
June 12 · 🌐

🔵 3

Like

Comment

No comments yet
Be the first to comment.

 Write a comment...





## MontCo Community Watch's Post                                    ✕

**MontCo Community Watch**
June 12 · 🌐                                                        •••

https://www.fox29.com/.../ice-rally-justice-norristown...



FOX29.COM
**ICE rally for justice: Norristown families call for release of loved ones detained by ICE**
Families united in Norristown for a rally to call on the release of their loved ones detained by ICE.

👍❤️ 11


Like          Comment          Share




Write a comment...

## MontCo Community Watch's Post ✕



**MontCo Community Watch**
June 13 · 🌐                                                      •••



MONTCO
ICE ALERT

6/13/25

500 Block West Marshall St.
Norristown, Pa

CONFIRMED ICE sighting/vehicles
Black Santa Fe Hyundai- PA
Grey Nissan Rogue- DE Temp plate

👍😆 7                                                    3 shares

 Write a comment...



# MontCo Community Watch's Post



 **MontCo Community Watch**
June 17 · 

 Voces Norristown Radio · Follow
· Jun 17 · ✎



Gracias a todos nuestros Aliados y Guardianes de la Comunidad.
Hoy queremos reconocer a quienes han salido a alzar la voz, a cuidar, proteger y
acompa... **See more**

⟩own (Instrumental)      Geo

 Write a comment...

■ ■ ■ ■ ■





# MontCo Community Watch's Post                    ✕

**MontCo Community Watch**
June 19 · 🌐                                        •••

This app has recording you know your rights information in many languages.



NAKASEC.ORG
**Know Your Rights – NAKASEC**
NAKASEC Affiliates Virginia: Hamkae Center www.hamkaecenter.org Chicago, IL: HANA Center w...

👍❤️ 7                                              2 shares

Like                Comment                Share

Write a comment...

## MontCo Community Watch's Post                                   ✕

 **MontCo Community Watch**
June 20 · 🌐                                                        •••

Here is great resource for how business's can prepare for ICE raids.
https://www.nilc.org/.../EmployerGuide-NELP-NILC-2017-07.pdf

## WHAT EMPLOYERS SHOULD DO WHEN ICE ARRIVES

### For Public Areas

○ Anyone – including ICE agents – can enter *public* areas of your business without permission.

○ Public areas include a dining area in a restaurant; parking lot; lobby or waiting area.

○ Being in a public area does NOT give ICE the authority to **stop**, **question**, or **arrest** just anyone.

○ No one can enter a *private* area of your business without your permission or a **judicial warrant**.

**TIP:** To show that some areas are private, mark them with a "Private" sign, keep the doors closed or locked, and have a policy that visitors and the public cannot enter those areas without permission.

### For Private Areas

○ Immigration agents can enter a private area ONLY IF they have a *judicial warrant*.

○ A judicial warrant must be **signed by a judge** and say "**U.S. District Court**" or a **State Court** at the top.

○ Without a judicial warrant, ICE agents need YOUR permission to enter private areas of your business.

○ If ICE agents try to enter a private area, you should say: *"This is a private area. You cannot enter without a* **judicial warrant** *signed by a judge. Do you have a judicial warrant?"*

○ If ICE agents tell you that they have a judicial warrant, ask for a copy and read it.

○ Sometimes, ICE agents try to use an *administrative warrant* to enter. But an administrative warrant does NOT allow agents to enter private areas without your permission. **Administrative warrants** are *not* from a court. They say "Department of Homeland Security" and are on Forms I-200 or I-205.

 9                                              4 shares

 Write a comment...



## MontCo Community Watch's Post

✕

**MontCo Community Watch**
June 20 · 🌐

•••

Important information for businesses and employers from @nilc!  Downloads the PDF here:
https://www.nilc.org/.../EmployerGuide-NELP-NILC-2017-07.pdf



### WHAT TO DO IF IMMIGRATION COMES TO YOUR WORKPLACE









👍❤️ 10

11 shares

👍 Like          💬 Comment          ↗ Share



Write a comment...



**MontCo Community Watch's Post** ✕

 **MontCo Community Watch**
June 20 · 🌐

··· 

Andrea is a devoted single mother who has always worked hard to support her children. Recently, she was detained by ICE under difficult circumstances, leaving her family in a state of crisis. Andrea's youngest child, who has autism, is especially vulnerable without her care, and her two other children are currently in Mexico, relying on her for emotional and financial support.

The sudden arrest has left Andrea's family without their main source of stability. The funds raised here will go directly toward paying her bond, so she can return home to her children as soon as possible. Every day apart is a struggle for her family, and reuniting them is urgent. Your support will help Andrea regain her freedom and allow her to continue providing for her children, who depend on her completely.

By helping Andrea, you're not just supporting one person—you're giving hope and relief to an entire family facing an incredibly tough time. Any contribution will make a real difference in bringing Andrea back to her children and restoring their sense of security.



GOFUNDME.COM
**Donate to Help Andrea Regain Her Freedom, organized by Efrain Romero**
Andrea is a devoted single mother who has always worked hard to support her children. Rec... Efr...

👍❤️😮 8                                    4 shares

Like                 Comment                 Share



**No comments yet**
Be the first to comment.

Write a comment...

---

**Save link**
Add this to your saved it

**Turn on notification**

**Embed**

⊕ **Change remix and a**

🚩 **Report post**
We won't let MontCo Co
reported this.

## MontCo Community Watch's Post                                    ✕

**MontCo Community Watch**
June 25 · 🌐                                                        ...

ICE is here. In our neighborhoods.

For weeks, ICE agents have been conducting raids in broad daylight across Montgomery County—from Ambler to Conshohocken. These aren't isolated events. This isn't just happening in Norristown or "somewhere else." This is happening here, in the places we live, work, and raise our kids.

They are targeting fathers on their way to work.
They are showing up at apartment complexes.
They are taking people without warrants.
And they are doing it in silence—counting on the rest of us to stay quiet.

We won't.

MontCo Community Watch is tracking ICE activity across the county.

🔴 If you witness ICE in real time, call the Tip Line immediately:
267-279-9205

📍 To document a detention or share information after the fact, email or text:
montcowatch@gmail.com
Text: 267-279-9205

Let's make it impossible to disappear people quietly.





😮👍😆 31                                                47 shares

👍 Like                    💬 Comment                   ↗ Share

Write a comment...

Save post
Add this to your saved it

Turn on notification

Embed

Change remix and a

Report post
We won't let MontCo Co
reported this.



## MontCo Community Watch's Post ✕

**MontCo Community Watch**
June 25 · 🌐

ICE acts fast—and so must we.

They move in silence, strike early, and disappear our neighbors before most of us have had our morning coffee.

That's why every single one of us has a role in the resistance.

Know what ICE activity looks like. Know how to respond.

Because when they show up, there's no time to waste.

See something? Say something.
Know your rights. Spread the word.

Be ready—because we don't get a second chance to show up.

📞 Call the Activity Tip Line immediately if you spot suspected ICE activity: 267-279-9205

📍 To document after the fact, email: montcowatch@gmail.com

### HOW TO RESPOND TO ICE IN MONTGOMERY COUNTY

- Call the Activity Tip Line.
- Record the activity from a safe distance.
- Alert those in the vicinity that "ICE IS HERE". There is power in numbers and eyes on injustice.
- Provide Know Your Rights Information: NO SPEAKING, NO SIGNING DOCUMENTS. DO NOT ALLOW ENTRY INTO VEHICLES, HOMES, OR PRIVATE SPACES IN BUSINESSES WITHOUT A SIGNED JUDICIAL WARRANT.
- Verbally protest the action from a safe distance.
- Email montcowatch@gmail.com or text the Tip Line to provide information AFTER the activity has concluded

If you see activity that you suspect is ICE, call the Activity Tip Line: 267-279-9205

*Citizens are within their rights to take these actions. However, they should not physically intervene in any way, as it may lead to arrest or personal harm.*

### HOW TO IDENTIFY ICE IN MONTGOMERY COUNTY

- Unmarked vehicles, tinted windows, all makes and models
- Plain clothes, sometimes wearing vests (no markings, Police, or HSI) always with weapons, often masked
- Parked for long periods or patrolling areas where immigrants live and work
- Moving gatherings of agents in the parking lots of hotels, municipal lots, parks etc
- Most active in the AM hours, but not exclusively

If you see activity that you suspect is ICE, call the Activity Tip Line: 267-279-9205

*Please note if you see uniformed officers or municple police vehicles chances are it is not ICE.*

👍❤️😲 5                                    6 shares

👍 Like          💬 Comment          ↗ Share

**No comments yet**
Be the first to comment.

Write a comment...

Save post
Add this to your saved it

Turn on notification

Embed

Change remix and a

Report post
We won't let MontCo Co
reported this.

## MontCo Community Watch's Post    ✕

**MontCo Community Watch**
June 26 · 🌐                                                    •••



👍😡😆 11                                              7 shares

Write a comment...



# MontCo Community Watch's Post

 **MontCo Community Watch**
June 26 · 🌐





😢😭😡 12                                              8 shares

Write a comment...

## MontCo Community Watch's Post    ✕

**MontCo Community Watch** is in **King of Prussia, PA.**
June 28 · 🌐                                                              ...

ICE continues to stalk and kidnap our neighbors daily—cruelly, manipulatively, and in silence. Agents often wear masks and plain clothes, with no badges or identification.

This past Thursday, they took a man from King of Prussia.

We know there are many detentions happening that never even get reported.

If you have information about ICE activity or detentions in Montgomery County, please email us at montcowatch@gmail.com. We don't need names or identifying details—just the facts. Our community deserves to know what's happening, and these reports bring visibility to the injustice.

To report real-time ICE activity, call the Montco ICE Watch Tip Line at (267) 279-9205





Save post
Add this to your saved it

View edit history

Turn on notification

Embed

Change remix and a

Report post
We won't let MontCo Co
reported this.

👍 4                                                                   2 shares

Like          Comment          Share

Write a comment...

## MontCo Community Watch's Post                                        ✕

 **MontCo Community Watch** is in **King of Prussia, PA**.      •••
June 28 · 🌐

ICE continues to stalk and kidnap our neighbors daily—cruelly, manipulatively, and in silence. Agents often wear masks and plain clothes, with no badges or identification.

This past Thursday, they took a man from King of Prussia.

We know there are many detentions happening that never even get reported.

If you have information about ICE activity or detentions in Montgomery County, please email us at montcowatch@gmail.com. We don't need names or identifying details—just the facts. Our community deserves to know what's happening, and these reports bring visibility to the injustice.

To report real-time ICE activity, call the Montco ICE Watch Tip Line at (267) 279-9205. (Do NOT text)



👍😢 6                                                                2 shares

👍 Like          💬 Comment          ↪ Share

Write a comment...

# MontCo Community Watch's Post



 **MontCo Community Watch**
June 28 · 🌐

 Comunidad Chester County · Follow
· Jun 22 · ·



Message. This happened today in Coatesville

Hide translation

 Write a comment...







## MontCo Community Watch's Post ✕

 **MontCo Community Watch**
June 30 · 🌐                                                                        •••

ICE is hunting our neighbors in Montgomery County — right in broad daylight.

On Sunday morning, a Latino man was pulled over with sirens, boxed in by cars, and chased down and tackled by men claiming to be "agents." No warrant. No badges. Just fear and force.

This happened at Kohn and Oak Streets in Norristown.

🚨 See ICE activity? Don't stay silent.

→ Call the tipline at 267-279-9205 to report real-time ICE presence.

Let's protect each other. They count on our silence. We refuse to give it.

#StopTheRaids #AbolishICE #MontcoWatch



MONTGOMERY COUNTY
ICE DENTENTION REPORT

NORRISTOWN
6/29/25

On Sunday morning, around 9 AM, a 42-year-old Latino construction worker and father of five was pulled over with sirens and boxed in by vehicles at the corner of Kohn and Oak Streets. In fear, he fled his car and was chased down and tackled by three individuals identifying as "agents." No warrant. No identification. Just terror.

REPORT AN ICE DETENTION.

Did you witness or have information about a recent detention in Montgomery County, PA?

Email MontCo Community Watch at montcowatch@gmail.com or text 267-279-9205

👍❤️😡😮 12                                                              14 shares

Like                    Comment                    Share

 Write a comment...



## MontCo Community Watch's Post                                    ✕

**MontCo Community Watch**
July 2 · 🌐                                                          •••



👍😡 16                                                    41 shares

Write a comment...

## MontCo Community Watch's Post                    ✕

**MontCo Community Watch**
July 3 · 🌐                                           •••



👍😆❤️ 19                          3 comments   18 shares

Write a comment…

## MontCo Community Watch's Post                                            ✕

**MontCo Community Watch** updated their bio.
July 4 · 🌐                                                                    •••

Monitoring ICE actions that violate constitutional protections in Montgomery County, PA. Sharing alerts, documentation, and resources to help protect immigrant rights, due process, and the humanity of our neighbors.

👍❤️ 17

🟦 Like                                        🟦 Comment



### No comments yet
Be the first to comment.

Write a comment...

## MontCo Community Watch's Post                                    ✕



**MontCo Community Watch**
July 6 · 🌐

# MONTCO ICE ALERT

## 7/6/25
## CONSHOHOCKEN/ NORRISTOWN

### SUSPECTED ICE SIGHTING

A morning meeting of 6 suspected ICE "agents" and vehicles was seen in the parking lot of the Regal Theater. Vehicles were subsequently seen in Norristown. Vehicle Alert: Black Nissan Roque- LGV

👍😡😢 36                                    20 comments    36 shares


Write a comment...

## MontCo Community Watch's Post



**MontCo Community Watch**
July 9 · 🌐



# MONTCO
# ICE ALERT

## SUSPECTED ACTIVITY
There are several unconfirmed reports that at 7 am this morning, ICE may have detained someone at Woodland and Bethlehem.

# 7/9/25
# AMBLER

### ACTIVIDAD SOSPECHOSA
Hay varios informes no confirmados de que a las 7 a. m. de esta mañana, ICE podría haber detenido a alguien en Woodland y Bethlehem.

 21                                          26 shares

 Write a comment...



## MontCo Community Watch's Post

**MontCo Community Watch** is in **Norristown, PA.**
July 10 ·

ICE activity has surged across Montgomery County in recent days, with at least 4 confirmed detentions in Norristown and suspected operations reported in Ambler and Willow Grove. There was also a suspected ICE sighting near HMART in Cheltenham on 7/9, though no detentions are suspected there.

If you witnessed any of these incidents, have photos, video, or information, please reach out to MontCo Watch at montcowatch@gmail.com or text 267-279-9205.

Community vigilance and solidarity are crucial. Let's keep each other safe.

**Save post**
Add this to your saved it

**Turn on notification**

**Embed**

**Change remix and a**

**Report post**
We won't let MontCo Co
reported this.

**MONTGOMERY COUNTY ICE DETENTION REPORT**

**SUSPECTED DETENTION**

**AMBLER** 7/9/25
Multiple second-hand reports were received of a detention at 7 am near Ambler Pizza on Bethlehem Pike.

**MONTGOMERY COUNTY ICE DETENTION REPORT**

**SUSPECTED DETENTION**

**WILLOW GROVE** 7/9/25
Multiple second-hand reports of ICE activity were reported in Willow Grove, possibly near Walmart and Home Depot during the morning hours.

**MONTGOMERY COUNTY ICE DETENTION REPORT**

**NORRISTOWN** 7/7/25
Between the hours of 5:30 am and 7:30 am, 10+ agents in 10+ vehicles detained at least 4 Latino men in the area around Davenport Elementary at Oak & Swede.

REPORT CURRENT ICE ACTIVITY, **CALL** THE TIPLINE 267-279-92

**REPORT AN ICE DETENTION.**
Did you witness or have information about a recent detention in Montgomery County, PA?

Email MontCo Community Watch

😮👍🥰 26      28 shares

Like      Comment      Share

**No comments yet**
Be the first to comment.

Write a comment...



# MontCo Community Watch's Post    ✕

 **MontCo Community Watch**
July 13 · 🌐



👍😠😢 15                                              20 shares

 Write a comment...



## MontCo Community Watch's Post    ✕

**MontCo Community Watch** is in Frazer, PA.
July 15 · 🌐

Over the past few days, ICE has been sweeping through our communities like a storm. People have been arrested in Hatfield — with reports of at least seven detentions from one apartment complex — and in neighboring Chester County, including Coatesville, Malvern, and Frazer. The photo here shows the vehicle of someone taken by ICE in Frazer on Monday, their window smashed out. No warrant was presented.

Let's be clear: You have rights. You have the right to refuse entry without a signed judicial warrant. You have the right to remain silent. You have the right not to sign anything without a lawyer. But we also have to tell the truth: ICE does not care about our rights. They deliberately ignore them. They lie, deceive, and impersonate local police. They break windows and force open car doors. They use fake sirens and flashing lights. They almost never have warrants — and when they do, they grab as many people as they can as "collateral."

So know your rights, demand your rights — but don't expect ICE to respect them.

That's why we need each other. If you witness an ICE raid or arrest record everything. The law is being broken. Human rights abuses thrive in the shadows. Don't let them happen in the dark.

🚨Montco Alert Tip line: (267) 279-9205



😮👍❤️ 50                                    5 comments  73 shares

🖿 Like              🖿 Comment              🖿 Share

Most relevant 🖿


✏️ Author
**MontCo Community Watch**
En los últimos días, el Servicio de Inmigración y Control de Aduanas (ICE) ha estado arrasando nuestras comunidades con fuerza. Se han arrestado personas en Hatfield — con informes de al menos siete detenciones en un complejo de apartamentos— y en el vecino condado de Chester, incluyendo Coatesville, Malvern y Frazer. La foto muestra el vehículo de una persona secuestrada por el ICE en Frazer el lunes, con la ventana rota. No se presentó ninguna orden judicial.

Seamos claros: Usted tiene derechos. Tiene derecho a negar la entrada sin una orden judicial firmada. Tiene derecho a guardar silencio. Tiene derecho a no firmar nada sin un abogado. Pero también debemos decir la verdad: al ICE no le importan nuestros derechos. Los ignoran deliberadamente. Mienten, engañan y se hacen pasar por policías locales. Rompen ventanas y fuerzan puertas de autos. Usan sirenas falsas y luces intermitentes. Casi nunca tienen órdenes judiciales, y cuando las tienen, detienen a tantas personas como pueden como "garantía".

Así que conozca sus derechos, exíjalos, pero no espere que el ICE los respete.

Por eso nos necesitamos unos a otros. Si presencia una redada o un arresto de ICE, registre todo. Se está violando la ley. Los abusos contra los derechos humanos

Write a comment...

🖿 🖿 🖿 🖿 🖿                                         ⬛

---

**Save post**
Add this to your saved it

**View edit history**

**Turn on notification**

**Embed**

**Change remix and a**

**Report post**
We won't let MontCo Co
reported this.



**MontCo Community Watch's Post**    ✕

**MontCo Community Watch**
July 16 · 🌐

ALERT: large gathering of morning meeting of agents 30+ regal cinema lot in conshohocken. Look alive. They are headed towards norristown.

Save post
Add this to your saved it

Turn on notification

Embed

Change remix and

Report post
We won't let MontCo Co
reported this.

😮👍😢 53                                    69 comments   158 shares

Like              Comment              Share

Most relevant ▾

✎ Author
**MontCo Community Watch**
ALERTA: Gran concentración matutina de agentes, más de 30 en el cine Regal, en Conshohocken. Se ven con vida. Se dirigen a Norristown.

22w   Like   Reply   See translation                                    4 👍

Write a comment...







## MontCo Community Watch's Post                    ✕

 **MontCo Community Watch**                              •••
July 17 · 🌐



🌟 **MONTCO ICE ALERT**

CONFIRMED
Large gathering of suspected ICE vehicles in
Conshochcken lot on Ridge Pike near 476

# 7/17/25
# CONSHOHOCKEN

**CONFIRMADO**
Gran concentración de presuntos vehículos de ICE en el
estacionamiento de Conshohocken en Ridge Pike cerca
de la 476

MONTCO COMMUNITY WATCH -@MONTCOWATCH IG/FB
**TIP LINE 267-279-2905**

👍😡😢 49                          8 comments  108 shares

 Write a comment...

## MontCo Community Watch's Post                    ✕

 **MontCo Community Watch** — in **Norristown, PA**.
July 18 · 🌐                                        ...

At 9:30am on June 29, multiple unmarked vehicles pulled up at Kohn and West Oak in Norristown. ICE agents used fake sirens to impersonate local police and dragged a father of five from his car. No warrant. No crime.

They brutalized him in front of the community—and then celebrated what they had done.

This is not public safety. This is state-sponsored violence, happening in broad daylight in Montgomery County.

We will not look away. We will not stay silent.

📍 Report ICE activity: montcowatch@gmail.com | Text/call 267-279-9205

#StopICE #CommunityDefense #MontcoWatch #Norristown #ImmigrantRights #NotOneMore
——

A las 9:30 a.m. del 29 de junio, varios vehículos sin identificación llegaron a la esquina de Kohn y West Oak en Norristown. Agentes de ICE usaron sirenas falsas para hacerse pasar por la policía local y sacaron por la fuerza a un padre de cinco hijos de su automóvil. Sin orden judicial. Sin delito.

Lo brutalizaron frente a la comunidad—y luego celebraron lo que hicieron.

Esto no es seguridad pública. Esto es violencia respaldada por el Estado, ocurriendo a plena luz del día en el condado de Montgomery.

No vamos a mirar hacia otro lado. No vamos a quedarnos en silencio.

📍 Reporta actividad de ICE: montcowatch@gmail.com | Texto o llamada al 267-279-9205

#AltoAICE #DefensaComunitaria #MontcoWatch #Norristown #DerechosMigrantes #NiUnoMás

See translation



Write a comment...

---

|  | Save reel |
|  | Add this to your saved it... |
|  | Turn on notification... |
|  | Embed |
| ⊕ | Change remix and a... |
| 🚩 | Report post |
|  | We won't let MontCo Co... |
|  | reported this. |

## MontCo Community Watch's Post                                                        ✕



**MontCo Community Watch**
July 18 · 🌐                                                                          •••

At 9:30am on June 29, multiple unmarked vehicles pulled up at Kohn and West Oak in Norristown.
ICE agents used fake sirens to impersonate local police. They chased abd tackled a father of five
No warrant. No crime.

They brutalized him in front of the community—and then celebrated what they had done.

This is not public safety. This is state-sponsored violence, happening in broad daylight in
Montgomery County.

We will not look away. We will not stay silent.

📍 Report ICE activity: montcowatch@gmail.com | Text/call 267-279-9205
#StopICE #CommunityDefense #MontcoWatch #Norristown #ImmigrantRights #NotOneMore

———

At 9:30 am. m. on June 29, several unidentified vehicles were stopped at Kohn and West Oak in
Norristown.. ICE agents used fake sirens to impersonate local police officers and dragged a father
of five out of his car. It was not a court order. It was not a crime.

They brutalized him in front of the community—and then they celebrated what they did.

This is not public safety. This is state-backed violence happening in broad daylight in
Montgomery County..

Let's not look away. We are not going to stay silent.

📍 Report ICE activity: montcowatch@gmail.com | Text or call 267-279-9205
#AltoAICE #DefensaComunitaria #MontcoWatch #Norristown #DerechosMigrantes #NiUnoMás
🏳 · See original · Rate this translation



| | | |
|---|---|---|
| Write a comment... | | |


Save video
Add this to your saved it


Copy link

View edit history

Turn on notification

Embed

🚩 Report post
We won't let MontCo Co
reported this.





## MontCo Community Watch's Post                      ✕



**MontCo Community Watch**
July 25 · 🌐                                      •••



# MONTGOMERY COUNTY
# ICE DETENTION REPORT

## SUSPECTED DETENTION

# HATFIELD
## 7/13/25

There were unconfirmed reports of multiple
detentions from the Hatfield Village
Apartments on Maple Avenue. If you have
confirmation of a detention please contact
Montco Community Watch.

If you witnessed a detention, have video/pictures, or
have first-hand knowledge, email us at
montcopatch@gmail.com or text 267-279-9205

TO REPORT CURRENT ICE ACTIVITY, **CALL** THE TIPLINE 267-279-9205

👍😡🤗 15                              2 comments  4 shares



Write a comment...





**MontCo Community Watch's Post**                                    ✕

MontCo Community Watch
July 28 · 🌐                                                          ...

Tell Governor Shapiro, Stop State Collaboration with ICE!

Call: (717) 787-2500
Text: (717) 788-8990
Email: Danafritz@pa.gov (Chief of staff)

Sample script: "Hi, I'm leaving a message for Governor Shapiro. I want him to end state collaboration with ICE. There are several ways he can take administrative action and I urge him to use the full extent of his power such as ending database access with ICE, ending collaboration between the State Department of Corrections and ICE, strengthening the state trooper ICE policy, and protecting information in public benefit programs from ICE. We need our Governor to stand up for immigrant communities."

Courtesy of @palovesimmigrants

#ImmigrantsAreWelcomeHere #ImmigrantRightsAreHumanRights #ImmigrantsGrowCommunities

Save post
Add this to your saved it

Turn on notification

Embed

Change remix and

Report post
We won't let MontCo Co
reported this.

## ⚠ **Call to Action:**
### **Gov. Shapiro Stop State ICE Collaboration**

### Call: (717) 787-2500
### Text: (717) 788-8990
### Email: Danafritz@pa.gov
### (Chief of staff)

*Sample script*: "Hi, I'm leaving a message for Governor Shapiro. I want him to end state collaboration with ICE. There are several ways he can take administrative action and I urge him to use the full extent of his power such as ending database access with ICE, ending collaboration between the State Department of Corrections and ICE, strengthening the state trooper ICE policy, and protecting information in public benefit programs from ICE. We need our Governor to stand up for immigrant communities."

👍 22                                                                 4 shares

Like                    Comment                    Share

Write a comment...

# MontCo Community Watch's Post ✕

**MontCo Community Watch** updated their status.
July 28 · 🌐

···

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

👍😆 4                                                                                    1 share

Like                          Comment                          Share

**No comments yet**
Be the first to comment.

Write a comment...









## MontCo Community Watch's Post                                              ✕

**MontCo Community Watch**
August 5 · 🌐

It's time to show up big time for our immigrant neighbors.  Constitution's crimes and civil rights abuse cannot go un challenged.

Join the statewide action on 8/24!



👍❤️😆 9                                                                        2 shares

    Like                        Comment                        Share

No comments yet
Be the first to comment

Write a comment...

### MontCo Community Watch's Post    ✕

 **MontCo Community Watch** is in **King of Prussia, PA.**
August 5 · 🌐                                                          ...

On July 31st, Andres was taken by ICE in broad daylight at his workplace in King of Prussia.

Four men in street clothes entered the restaurant, showed him a photo, and claimed they needed to ask him questions about a criminal case. They never identified themselves. They never showed badges. They lied.

There was no investigation. No charges. No crime.

Andres has valid work authorization. He has no criminal record. He was simply targeted — and disappeared.

Now his fiancée is fighting to bring him home.

Please support the GoFundMe to help cover legal fees and tremendous cost associated with detention: https://gofund.me/31742872

This is what ICE is doing in our neighborhoods. We must keep watch. We must speak out. We must protect each other.



Save link
Add this to your saved it

View edit history

Turn on notification

Embed

Change remix and

Report post
We won't let MontCo Co
reported this.



😮👍😆 39                                        1 comment   46 shares

☐ Like            ☐ Comment            ☐ Share

Most relevant ▾

Most relevant is selected, so some comments may have been filtered out.

☐ Write a comment...

☐ ☐ ☐ ☐ ☐                                                    ■



## MontCo Community Watch's Post                                            ✕



**MontCo Community Watch**
August 13 · 🌐                                                              ● ● ●



👍😢😠 42                                                                  47 shares

 Write a comment...

▪ ▪ ▪ ▪ ▪                                                                   ◼

**MontCo Community Watch's Post** ✕

**MontCo Community Watch**
August 13 · 🌐

Please donate if you are able to help with bond and legal fees foe victimrd of the Super Giganti raid in West Norriton. ❤️

https://givebutter.com/s1xVq4



DIOS BENDIGA A LOS INMIGRANTES

✊ Humanitarian relief to our hermanos / Ayuda humanitaria a nu...
By CCATE
givebutter.com

Save link
Add this to your saved it

View edit history

Turn on notification

Embed

Change remix and a

Report post
We won't let MontCo Co
reported this.

👍❤️😊 12                                    5 shares

Like          Comment          Share

No comments yet
Be the first to comment.

Write a comment...



MontCo Community Watch's Post

**MontCo Community Watch**
August 17 · 🌐

https://www.msn.com/.../they-planned-to-marry.../ar-AA1KFyaL

MSN.COM
**They planned to marry this year. An ICE arrest near the King of Prussia mall changed everything.**

😡😂🥺 5

Like · · Comment · · Share

Write a comment...

## MontCo Community Watch's Post



 **MontCo Community Watch**
August 17 · 🌐

https://www.inquirer.com/.../immigration-arrest-andres...



INQUIRER.COM

**They planned to marry this year. An ICE arrest near the King of Prussia mall changed everything.**

 20

7 shares

Like          Comment          Share

 Write a comment...







## MontCo Community Watch's Post                                ✕

 **MontCo Community Watch**
August 29 · 🌐                                                    •••



👍😡❤️ 34                                    1 comment    49 shares

 Write a comment...







**MontCo Community Watch's Post**    ✕

**MontCo Community Watch**
September 6 · 🌐                                    ···

One confirmed detention on Kohn st and several sightings of ICE around Norristown.

Una detención en Kohn st y mútiples observaciones de ICE cerca Norristown.



Save post
Add this to your saved it

Turn on notification

Embed

Change remix and i

Report post
We won't let MontCo Co
reported this.

👍❤️😮 45                        34 comments  36 shares

    Like              Comment              Share

Most relevant

Write a comment...









**MontCo Community Watch's Post**    ✕



**MontCo Community Watch**
September 18 · 🌐





👍😡 21                                    13 comments  9 shares

  Write a comment...

■ ■ ■ ■ ■                                                      ■



## MontCo Community Watch's Post                    ✕

 **MontCo Community Watch**
September 18 · 🌐                                    •••



# MONTCO ICE ALERT

## Confirmed ICE sighting

# 9/18/25
# KING OF PRUSSIA

ICE reported at the KOP MALL at the Yard House Restaurant at 3:50 pm. At least 5 vehicles. detentions suspected.

restaurante comercial menos cinco vehiculos. Presuntos arrestos.

MONTCO COMMUNITY WATCH @MONTCOWATCH IG/FB
## TIP LINE 267-279-9205

😡👍😢 33                                          31 shares

 Write a comment...





MontCo Community Watch's Post

MontCo Community Watch
September 19

## MontCo Community Watch's Post    ✕

 **MontCo Community Watch**
September 22 · 🌐                                    •••



👍😠😢 34                          3 comments  22 shares

Write a comment…