# Appendix 1

# Part 2 of 3



## MontCo Community Watch's Post    ✕



**MontCo Community Watch**
October 8 · 🌐



🔴 MONTCO ICE ALERT

AT AROUND 6:30AM THIS MORNING, ICE DETAINED 4 LATINO MEN ON THEIR WAY TO WORK. THEY WERE TAKEN FROM A VEHICLE IN FRONT OF THE WAWA ON 4TH STREET.

# 10/8/25
# BRIDGEPORT

ALREDEDOR DE LAS 6:30 A. M. DE ESTA MAÑANA, ICE DETUVO A CUATRO HOMBRES LATINOS QUE SE DIRIGÍAN AL TRABAJO. LOS SACARON DE UN VEHÍCULO FRENTE A LA TIENDA WAWA EN LA CALLE 4.

MONTCO COMMUNITY WATCH @MONTCOWATCH IG/FB
TIP LINE 267-279-9205

👍😡😢 60                                   7 comments  59 shares

 Write a comment...




## MontCo Community Watch's Post                    ✕



**MontCo Community Watch**
October 9 · 🌐                                          •••



👍😢😠 32                          3 comments  14 shares

Write a comment...



## MontCo Community Watch's Post





**MontCo Community Watch**
October 15 · 🌐



👍😆😢 118                    20 comments    51 shares

Write a comment...




**MontCo Community Watch's Post**    ✕



**MontCo Community Watch**
October 17 · 🌐

•••



👍😢 50                    12 comments    28 shares

 Write a comment...





## MontCo Community Watch's Post    ×



**MontCo Community Watch**
October 18 · 🌐



**MONTCO ICE ALERT**

**CONFIRMED ICE SIGHTING**

# 10/18/25
# NORRISTOWN

Multiple ICE Agents and Vehicles were seen pulling over a vehicle at 7:50 am on the 700 block of Kohn Street.

Se vieron varios agentes y vehículos de ICE deteniendo un vehículo a las 7:50 am en la cuadra 700 de Kohn Street.

MONTCO COMMUNITY WATCH @MONTCOWATCH IG/FB
**TIP LINE 267-279-9205**

👍😢😠 55                              9 comments    18 shares

    Write a comment...



## MontCo Community Watch's Post    



**MontCo Community Watch**
October 20 · 🌐



😍😡😢 69                                    8 comments    36 shares



 Write a comment...



## MontCo Community Watch's Post    ✕

 **MontCo Community Watch**
October 31 · 🌐    



**MONTCO ICE ALERT**

**CONFIRMED ICE SIGHTING**

**10/31/25**

**WEST NORRITON**

Confirmed ICE vehicles seen around 9 am at Egypt & School lane. Silver Toyota Highlander & Gold Ford Sedan. Suspected detentions.

Se confirmó la presencia de vehículos del ICE alrededor de las 9:00 a. m. en la intersección de Egypt Lane y School Lane. Un Toyota Highlander plateado y un Ford Sedán dorado. Se sospecha que se trata de detenciones.

MONTCO COMMUNITY WATCH @MONTCOWATCH IG/FB
**TIP LINE 267-279-9205**

 67    23 comments  32 shares

 Write a comment…



## MontCo Community Watch's Post    

 **MontCo Community Watch**
October 31 · 🌐                                                        •••



👍😡😢 40                                    4 comments    22 shares

 Write a comment...



## MontCo Community Watch's Post                    ✕


**MontCo Community Watch**
October 31 · 🌐                                    ...

Around 9 a.m. today, ICE detained at least one man from a vehicle on Egypt Road in West Norriton.

Agents were seen walking and driving through residential neighborhoods, searching the area until around 3 p.m.; while day care Halloween parties were happening and children were coming home from school.

This photo illustrates the erosion of Fourth Amendment rights in Montgomery County.

Today, the community was terrorized by ICE's presence. On Halloween, a day meant for joy and safety, parents had to ask themselves, should I let my kid go out?

The harm of these cruel and unconstitutional detainments extends far beyond the individual detained. ICE is terrorizing entire communities.



**Save post**
Add this to your saved it...

**Turn on notification**

**Embed**

**Change remix and a...**

**Report post**
We won't let MontCo Co...
reported this.



😡👍❤️ 118                              22 comments  30 shares

▢ Like                    ▢ Comment                  ▢ Share

Most relevant ▢

▢  Write a comment...

▪ ▪ ▪ ▪ ▪                                               ◼

## MontCo Community Watch's Post  ✕



**MontCo Community Watch**
November 2 · 🌐





😀😡😢 64                                      16 comments   32 shares

  Write a comment...

## MontCo Community Watch's Post



 **MontCo Community Watch**
November 3 · 🌐



**MONTCO ICE ALERT**

**11/3/25 NORRISTOWN**

Suspected ICE Activity and detainment this morning before 7 am on Swede Street near the old library.

Se sospecha de actividad del ICE y detención esta mañana antes de las 7 am en la calle Swede, cerca de la antigua biblioteca.

MONTCO COMMUNITY WATCH @MONTCOWATCH IG/FB
**TIP LINE 267-279-9205**

 42                          1 comment   33 shares

 Write a comment...

## MontCo Community Watch's Post                                    ✕

 **MontCo Community Watch**
November 5 · 🌐                                                    •••



😊😠😢 41                              4 comments   33 shares

  Write a comment...

# MontCo Community Watch's Post                                    ✕

**MontCo Community Watch** is in Norristown, PA.
November 5 · 🌐



👍😠😢 536                                     56 comments   157 shares

Write a comment...



## MontCo Community Watch's Post          ✕



**MontCo Community Watch**
November 6 · 🌐                                                                    •••



👍😢🥺 13                                              1 comment   7 shares

  Write a comment...

▪ ▪ ▪ ▪ ▪                                                          ◼







 

## MontCo Community Watch's Post    ✕

 **MontCo Community Watch**
November 14 · 🌐                              •••



 Write a comment...





**MontCo Community Watch's Post**    ✕



**MontCo Community Watch**
November 16 · 🌐

⋯

# MONTCO ICE ALERT

## 11/16/25
## NORRISTOWN

This morning, around 7 am, media was posted of 3 men in black at George and Marshall Street. There are social media reports of a detention. If you have any further information, please call the tipline ASAP.

Esta mañana, alrededor de las 7:00, se publicó una imagen de tres hombres vestidos de negro en la intersección de las calles George y Marshall. En redes sociales se reporta una detención. Si tiene alguna información, llame a la línea de denuncias lo antes posible.

### MONTCO COMMUNITY WATCH @MONTCOWATCH IG/FB
## TIP LINE 267-279-9205

👍😢😍 91                         7 comments    49 shares

   Write a comment...

## MontCo Community Watch's Post                              ✕



**MontCo Community Watch**
November 16 · 🌐                                              • • •

This morning at 7am –3 suspected ICE agents were reported near the mega-mat laundromat at Marshall and George.

Shortly after this video was posted on social media—masked men chasing a Latino man, running for his life.

It has been confirmed that the agents were  and the man has been identified. Witnesses report he was carrying laundry on his way to the mat.

A second man has been identified as being detained from around  this location while meeting a ride to get to work.



😡👍😢 40                                       8 comments   21 shares

　　　　📷 Like　　　　　　📷 Comment　　　　　　📷 Share

Most relevant 📷

   Write a comment...

📷 📷 📷 📷 📷                                            📷



## MontCo Community Watch's Post ✕



**MontCo Community Watch**
November 21 at 1:35 PM · 🌐

Yesterday, Montco Community Watch received a credible tip that ICE took a man after a traffic stop. A family believed that their loved one had been taken. Thankfully, we have since learned that was not the case. We are committed to sharing accurate information and correcting the record when we get it wrong.

This situation didn't arise out of nowhere. It is a direct result of the climate ICE has created in Montgomery County. ICE is not only putting the community at risk by its actions, but also because of the blurred lines it has created with local law enforcement. ICE wears police vests, refuses to identify themselves or identifies as local police, uses police lights, and drives unmarked cars — all of which make it nearly impossible for community members to distinguish ICE from local law enforcement. These practices and lack of accountability have created real fear and confusion for the community and caused a growing distrust of all law enforcement.

If residents don't feel safe contacting or interacting with the police when they need help or are in danger, people will get hurt. We implore our local law enforcement agencies to make every effort to restore confidence by making it clear in both words and actions that their job is community safety and not immigration enforcement. Every one of our 62 municipalities in Montgomery County should pass Welcoming policies now to ensure it is clear to all local law enforcement that they do not work with ICE and that they will be held accountable if they do.

And while we fight for those protections, people still need help now.

Ayer, Montco Community Watch recibió un aviso fidedigno de que ICE había detenido a un hombre tras una parada de tráfico. Una familia creyó que su ser querido había sido detenido. Afortunadamente, hemos comprobado que no fue así. Nos comprometemos a compartir información precisa y a corregir cualquier error.

Esta situación no surgió de la nada. Es consecuencia directa del clima que ICE ha creado en el condado de Montgomery. ICE no solo pone en riesgo a la comunidad con sus acciones, sino también por la confusión que ha generado con las fuerzas del orden locales. ICE usa chalecos policiales, se niega a identificarse o se identifica como policía local, utiliza luces policiales y conduce vehículos sin distintivos, lo que hace prácticamente imposible que los miembros de la comunidad distingan a ICE de las fuerzas del orden locales. Estas prácticas y la falta de rendición de cuentas han generado temor y confusión en la comunidad, y han provocado una creciente desconfianza hacia todas las fuerzas del orden.

Si los residentes no se sienten seguros al contactar o interactuar con la policía cuando necesitan ayuda o están en peligro, habrá personas heridas. Instamos a nuestras agencias policiales locales a que hagan todo lo posible por restaurar la confianza, dejando claro, tanto de palabra como con hechos, que su función es la seguridad de la comunidad y no la aplicación de las leyes de inmigración. Cada uno de nuestros 62 municipios en el condado de Montgomery debe aprobar políticas de bienvenida ahora para garantizar que quede claro para todas las fuerzas del orden locales que no colaboran con el ICE y que serán responsabilizadas si lo hacen.

Y mientras luchamos por esas protecciones, la gente sigue necesitando ayuda. Necesitan visibilidad para que la verdad no se oculte y apoyo para que las familias no tengan que afrontar esto

👍😆❤ 37                                                                                    13 shares

▢ Like                          ▢ Comment                          ▢ Share

**No comments yet**
Be the first to comment.

▢ Write a comment...

▢ ▢ ▢ ▢ ▢                                                                                    ▢

## MontCo Community Watch's Post   ✕

 **MontCo Community Watch**
November 24 at 9:28 AM · 🌐



👍😠😢 45                    1 comment   50 shares

 Write a comment...



## MontCo Community Watch's Post

**MontCo Community Watch**
November 26 at 1:40 PM · 🌐

On 11/24/25, MontCo Community Watch reported that there was a confirmed ICE detention in Abington Township

There was a mix-up after a representative from Abington Township conflated two separate incidents and believed a detention had not occurred. This confusion stemmed from the fact that ICE does not regularly communicate its presence to local law enforcement.

Local authorities have since confirmed that the detention did, in fact, take place. This matters because it is important for our community to understand that ICE was present in this area and that our neighbors were taken. Their presence here is not hypothetical — it is real, and it is happening.

And this is exactly the challenge we're navigating: a federal agency operating in secrecy and a community trying to piece together the truth in real time. We will continue doing everything we can to verify information,

El 24/11/25, MontCo Community Watch informó que se confirmó una detención por parte de ICE en el municipio de Abington.

Hubo una confusión después de que un representante del municipio de Abington combinara dos incidentes separados y creyera que no se había producido ninguna detención. Esta confusión se debió a que ICE no informa regularmente de su presencia a las autoridades locales.

Las autoridades locales han confirmado posteriormente que la detención sí se llevó a cabo. Esto es importante porque es fundamental que nuestra comunidad comprenda que ICE estuvo presente en esta zona y que nuestros vecinos fueron secuestrados. Su presencia aquí no es hipotética; es real y está sucediendo.

Y este es precisamente el desafío que enfrentamos: una agencia federal que opera en secreto y una comunidad que intenta reconstruir la verdad en tiempo real. Seguiremos haciendo todo lo posible para verificar la información,

😊😠😢 39                                                              17 shares

Like                          Comment                          Share

**No comments yet**
Be the first to comment.

Write a comment...



## MontCo Community Watch's Post                                    ✕

 **MontCo Community Watch**
December 11 at 7:58 AM · 🌐                                         •••



👍❤️😢 73                                    2 comments   45 shares

 Write a comment...