# Appendix 1

# Part 3 of 3

# TIPS FOR LEGAL OBSEVERS

## WHAT TO DO IF YOU SEE ICE

Legal observers serve to document and monitor ICE activity, ensuring that ICE and other agents follow the law and do not violate human rights. Legal observers DO NOT INTERVENE or attempt to stop enforcement but instead create an accurate record that can be used for legal defense, community alerts, or accountability.

"I am a legal observer. I'm here to monitor and document this action."

### ROLE
- REMAIN NEUTRAL
- DO NOT ENGAGE WITH AGENTS
- OBSERVE AND RECORD
- DOCUMENT VIOLATIONS
- REPORT FINDINGS

### BRING
- NOTEBOOK & PEN
- CHARGED PHONE WITH CAMERA AND SECURE APPS
- OBSERVER BADGE OR VEST
- WATER, ID, AND EMERGENCY CONTACT INFO
- PRINTED RIGHTS CARDS

### DO NOT
- INTERVENE OR BLOCK ICE
- SPEAK ON BEHALF OF IMMIGRANTS
- ENTER PRIVATE PROPERTY
- POST PHOTOS/VIDEOS WITH IDENTIFYING INFO
- ENGAGE IN ACTIVISM (CHANTING, PROTESTING) WHILE OBSERVING

### KNOW YOUR RIGHTS
- YOU CAN RECORD ICE ACTIVITY IN PUBLIC
- YOU HAVE THE RIGHT TO OBSERVE AND TAKE NOTES
- ICE CANNOT TAKE YOUR PHONE OR CAMERA WITHOUT A WARRANT
- IF YOU ARE THREATENED OR QUESTIONED, ASK: "AM I FREE TO GO?"

### WHAT TO DOCUMENT
- DATE, TIME, LOCATION
- AGENT DESCRIPTIONS:
  - NUMBER OF AGENTS
  - UNIFORMS OR PLAIN CLOTHES
  - NAMES OR BADGES
  - VEHICLE NUMBERS OR PLATES
- WHAT HAPPENED:
  - KNOCK? ENTER WITHOUT CONSENT?
  - SHOW WARRANT? SIGNED BY A JUDGE?
  - WHO WAS PRESENT AND WERE RIGHTS READ?
  - WHO WAS DETAINED, QUESTIONED OR TAKEN AWAY
  - USE OF FORCE OR THREATS
  - WHETHER ICE COORDINATED WITH LOCAL POLICE

### REPORT
- USE AVAILABLE HOTLINES AND COMMUNITY RESPONSE CHANNELS
- UPLOAD NOTES/PHOTOS TO SECURE DATABASES
- COMPLETE INCIDENT REPORT ASAP
  - NATIONAL IMMIGRANT JUSTICE CENTER: 773-672-65998
- COLLECT CALL FOR THOSE DETAINED: 312-583-9721
- MEXICAN CONSULATE NUMBERS: 215-266-3740 AND 215-309-3079
- GUATEMALAN CONSULATE: 267-780-9200
- CONSULATE OF DOMINICAN REPUBLIC 215-282-9555



**montcowatch** · Follow · · ·

**montcowatch** Know your rights and responsibilities as an Ally when you witness ICE activity!

27w

22 likes

June 12

Add a comment...     Post



# TIPS FOR PROTESTERS

## WHAT TO DO IF YOU SEE ICE

"I am allowed to record and film you."

Protesters serve to call community attention to ICE activity, ensuring that the community and allies are aware and can connect with each other. **Protesters DO NOT INTERVENE or attempt to stop enforcement-- doing so puts you at risk of arrest with charges of misdemeanor.**

### ROLE

- USE YOUR VOICE-- CALL ATTENTION TO THE SITUATION AND GET THE COMMUNITY'S ATTENTION/PARTICIPATION IF THEY ARE SAFE
- CHANT, PROTEST
- OBSERVE AND RECORD
- DO NOT GET PHYSICAL

### DO NOT

- INTERVENE OR BLOCK ICE. DOING SO PUTS YOU AT RISK OF ARREST WITH CHARGES
- SPEAK ON BEHALF OF IMMIGRANTS
- ENTER PRIVATE PROPERTY
- POST PHOTOS/VIDEOS WITH IMMIGRANTS' IDENTIFYING INFO PUBLICLY

### KNOW YOUR RIGHTS

- YOU CAN RECORD ICE ACTIVITY IN PUBLIC
- YOU HAVE THE RIGHT TO OBSERVE AND TAKE NOTES
- ICE CANNOT TAKE YOUR PHONE OR CAMERA WITHOUT A WARRANT
- IF YOU ARE THREATENED OR QUESTIONED, ASK: "AM I FREE TO GO?"

### INFO

- NATIONAL IMMIGRANT JUSTICE CENTER: 773-672-6598
- COLLECT CALL FOR THOSE DETAINED: 312-583-9721
- MEXICAN CONSULATE NUMBERS: 215-266-3740 AND 215-309-3079
- GUATEMALAN CONSULATE: 267-780-9200
- CONSULATE OF DOMINICAN REPUBLIC 215-282-9555

montcowatch • Follow ···

montcowatch Know your rights and responsibilities as an Ally when you witness ICE activity!
27w

22 likes
June 12

Add a comment...    Post





montcowatch • Follow

montcowatch Support families affected by ICE raids in Norristown!
26w

26 likes
June 14

Add a comment...
Post







montcowatch • Follow

No comments yet.

Start the conversation.

16 likes

June 19

Add a comment...    Post



montcowatch • Follow                    ...

montcowatch Important information for businesses and employers from @nilcl Download the PDF here: https://www.nilc.org/wp-content/uploads/2017/07/EmployerGuide-NELP-NILC-2017-07.pdf
Edited · 25w

22 likes
June 20

Add a comment...                    Post

montcowatch · Follow    ···

**What Is an ICE Raid?**
○ ICE agents go to a worksite without warning as part of an investigation into an employer.
○ ICE agents are not police officers. But their uniforms may say "Police" or "Federal Agent." They may carry guns. Sometimes local police officers go with ICE agents on ICE raids.

**What if ICE Wants to Detain a Specific Worker?**
○ ICE agents may come to your business to try to find a particular person (or people). While they are there, they may try to question, detain, and even arrest other people.

**HOW EMPLOYERS CAN PREPARE FOR ICE ACTIONS**

**1. Make a Written Response Plan Ahead of Time**
○ Talk to other businesses or business associations. Ask what they are doing to prepare.
○ Make a plan that works for you.
○ Practice – just like a fire drill. You will be more prepared if you know what to say and do.
○ Connect with immigration response networks in your area. They provide support with family, legal, financial, and media concerns if immigration agents come to your business.

**2. Train Your Staff to NOT TALK to ICE Agents**
○ Train all workers to NOT allow ICE agents to enter your workplace.
○ A worker can say, *"I can't give you permission to enter. You must speak with my employer."*
○ Train all workers to NOT interact with ICE agents. If ICE agents have questions or requests, workers should say nothing, or say, *"You are not allowed to enter. Talk to my employer."*

**3. Know Your Rights!**
Employers have rights when ICE goes to a business. ICE agents do not always have a right to enter your business, stop or arrest your workers, or take documents.

Work with a community or legal group to arrange a "Know Your Rights" training for you and your staff and pay your staff for the time they spend in training.






montcowatch Important information for businesses and employers from @nilc! Download the PDF here: https://www.nilc.org/wp-content/uploads/2017/07/EmployerGuide-NELP-NILC-2017-07.pdf
Edited · 25w



22 likes
June 20

Add a comment...    Post

montcowatch • Follow     •••

**montcowatch** Important information for businesses and employers from **@nilcl** Download the PDF here: https://www.nilc.org/wp-content/uploads/2017/07/EmployerGuide-NELP-NILC-2017-07.pdf

Edited · 25w

## WHAT EMPLOYERS SHOULD DO WHEN ICE ARRIVES

### For Public Areas

- Anyone – including ICE agents – can enter *public* areas of your business without permission.
- Public areas include a dining area in a restaurant; parking lot; lobby or waiting area.
- Being in a public area does NOT give ICE the authority to **stop, question**, or **arrest** just anyone.
- No one can enter a *private* area of your business without your permission or a **judicial warrant**.

**TIP:** To show that some areas are private, mark them with a "Private" sign, keep the doors closed or locked, and have a policy that visitors and the public cannot enter those areas without permission.

### For Private Areas

- Immigration agents can enter a private area ONLY IF they have a *judicial warrant*.
- A judicial warrant must be **signed by a judge** and say "**U.S. District Court**" or a **State Court** at the top.
- Without a judicial warrant, ICE agents need YOUR permission to enter private areas of your business.
- If ICE agents try to enter a private area, you should say: *"This is a private area. You cannot enter without a **judicial warrant** signed by a judge. Do you have a judicial warrant?"*
- If ICE agents tell you that they have a judicial warrant, ask for a copy and read it.
- Sometimes, ICE agents try to use an administrative *warrant* to enter. But an administrative warrant does NOT allow agents to enter private areas without your permission. **Administrative warrants** are *not* from a court. They say "Department of Homeland Security" and are on Forms I-200 or I-205.



♡  💬  ▽                                               🔖

**22 likes**

June 20

Add a comment...                                        Post



### During the Raid

- **Stay calm!** Ask your workers to stay calm, too. Do not run to the exits. This will make things worse because ICE agents can say that people who are running are likely violating immigration laws.
- When ICE shows you an administrative warrant with an employee's name on it:
  - You do **NOT** have to say if that employee is working on that day or not.
  - You do **NOT** have to take the ICE agents to the employee named on the warrant (even if he or she is at work at the time).
- Do NOT help ICE agents sort people by their immigration status or the country they are from.
- Watch the agents and see if they are complying with what's written in the warrant.
- If you or an employee is willing, you should video or record what the ICE agents do at your workplace. You may be able to prove the agents violated your rights or your workers' rights.

### What if ICE Agents Try to Stop, Question, Detain, or Arrest a Worker?

- ICE agents may try to stop, question, or even arrest a worker without the proper authority.
- The best way for workers to protect their rights is to **stay silent and ask for an attorney.**
- Workers do not have to hand over any IDs or papers to ICE. All workers have this right.
- Any information that workers give to ICE can be used against them later.

### Immediately After the Raid

- Write or record these things after ICE leaves:
  - How many ICE agents were present (inside and outside)?
  - How were the agents dressed? How were they armed?
  - Did the agents make you or your workers believe you could not move or leave?
  - Did the agents mistreat anyone? If yes, how?
- Notify the employees' union.
- If ICE arrests any of your workers, ask the ICE agents where they are being taken. This information will help the worker's family and lawyer find the person.

### What to Do in an I-9 Audit

When ICE notifies you that there will be a Form I-9 audit, contact an immigration lawyer. Also notify your workers and their union representative about the audit.

- The law gives you **3 work days** to produce your I-9 Forms. Do not provide your documents early.
- You have the right to speak to your lawyer before answering questions or signing ICE documents.
- Allow your employees to have coworkers or union representatives present when discussing I-9 audits.
- After reviewing the I-9 form, ICE may find some employees are not authorized to work. If that happens, ICE will give you 10 days to provide valid work authorization for these employees. If you can't provide the documents by that time, you will be told to end their employment.
- If this happens, you **must** notify the affected workers of the audit.
- Ask ICE for more time. This will give affected workers more time to talk to an immigration lawyer.
- If your workers belong to a union, you may need to provide copies of the audit documents to the union and work with the union as you respond to the audit.

montcowatch · Follow

montcowatch Important information for businesses and employers from @nilc Download the PDF here: https://www.nilc.org/wp-content/uploads/2017/07/EmployerGuide-NELP-NILC-2017-07.pdf
Edited · 25w

22 likes
June 20

Add a comment...    Post

### What to Do After an ICE Raid or I-9 Audit

After an ICE raid or I-9 audit, one or more of your workers may face deportation or be unable to return to work. This could impact your business and the morale of your workers.

Here is what you can do to provide support to your staff and community.

**OFFER LEAVE WHILE AFFECTED WORKERS APPLY FOR WORK AUTHORIZATION**
○ Give affected workers leave while they take care of getting their papers, or allow them to return to their same positions with full seniority and benefits once they provide their authorization papers.

**PAY OWED WAGES & BENEFITS PROMPTLY**
○ Pay workers any owed wages and any accrued benefits as soon as possible when employment ends.
○ Make sure you follow the requirements of federal and state labor laws.

**PROVIDE SEPARATION PAY TO WORKERS WHO CANNOT RETURN TO WORK**
○ Workers who are not able to return to work will need money to support themselves and their families. They may need to pay for legal assistance.
○ If you do not have a separation pay policy, consider giving extra funds to workers in this situation.

**CONTRIBUTE TO AN IMMIGRATION LEGAL FUND**
○ An employee facing deportation will need a good lawyer, and may get the option to be free on **bond** until their hearing. That means they can stay with their families and communities during this time.
○ They may need your help and their co-workers' help to raise money for the lawyer or bond.
○ You can contribute to an immigration legal fund for this purpose. Or you can set one up.

**PROVIDE A REFERENCE TO WORKERS FOR FUTURE JOBS**
○ Let your workers know you can provide a reference to their potential future employers.



montcowatch · Follow

montcowatch Important information for businesses and employers from @nilcl Download the PDF here: https://www.nilc.org/wp-content/uploads/2017/07/EmployerGuide-NELP-NILC-2017-07.pdf
Edited · 25w

22 likes
June 20

Add a comment...    Post



montcowatch • Follow
...

montcowatch ICE is here. In our neighborhoods.

For weeks, ICE agents have been conducting raids in broad daylight across Montgomery County—from Ambler to Conshohocken. These aren't isolated events. This isn't just happening in Norristown or "somewhere else." This is happening here, in the places we live, work, and raise our kids.

They are targeting fathers on their way to work.
They are showing up at apartment complexes.
They are taking people without warrants.
And they are doing it in silence—counting on the rest of us to stay quiet.

We won't.

MontCo Community Watch is tracking ICE activity across the county.

🔴 If you witness ICE in real time, call the Tip Line immediately: 267-279-9205

📌 To document a detention or share information after the fact, email or text:
montcowatch@gmail.com
Text: 267-279-9205

Let's make it impossible to disappear people quietly.

25w

65 likes
June 25

Add a comment...                    Post



montcowatch • Follow    ...

montcowatch ICE is here. In our neighborhoods.

For weeks, ICE agents have been conducting raids in broad daylight across Montgomery County—from Ambler to Conshohocken. These aren't isolated events. This isn't just happening in Norristown or "somewhere else." This is happening here, in the places we live, work, and raise our kids.

They are targeting fathers on their way to work.
They are showing up at apartment complexes.
They are taking people without warrants.
And they are doing it in silence—counting on the rest of us to stay quiet.

We won't.

MontCo Community Watch is tracking ICE activity across the county.

🔴 If you witness ICE in real time, call the Tip Line immediately: 267-279-9205

🚨 To document a detention or share information after the fact, email or text:
montcowatch@gmail.com
Text: 267-279-9205

Let's make it impossible to disappear people quietly.

25w

65 likes
June 25

Add a comment...    Post









 montcowatch • Follow
King of Prussia, Pennsylvania

montcowatch ICE continues to stalk and kidnap our neighbors daily —cruelly, manipulatively, and in silence. Agents often wear masks and plain clothes, with no badges or identification.

This past Thursday, they took a man from King of Prussia.

We know there are many detentions happening that never even get reported.

If you have information about ICE activity or detentions in Montgomery County, please email us at montcowatch@gmail.com. We don't need names or identifying details—just the facts. Our community deserves to know what's happening, and these reports bring visibility to the injustice.

To report real-time ICE activity, call the Montco ICE Watch Tip Line at (267) 279-9205. (Do NOT text)

Edited · 24w



35 likes

June 28

Add a comment...                                          Post





montcowatch • Follow                    ...

No comments yet.
Start the conversation.

31 likes
June 29

Add a comment...                          Post



montcowatch • Follow

montcowatch ICE is hunting our neighbors in Montgomery County — right in broad daylight.

On Sunday morning, a Latino man was pulled over with sirens, boxed in by cars, and chased down and tackled by men claiming to be "agents." No warrant. No badges. Just fear and force.

This happened at Kohn and Oak Streets in Norristown.

🚨 See ICE activity? Don't stay silent.

→ Call the tipline at 267-279-9205 to report real-time ICE presence.

Let's protect each other. They count on our silence. We refuse to give it.

#StopTheRaids #AbolishICE #MontcoWatch

24w

22 likes

June 30

Add a comment...    Post





montcowatch • Follow

1 comment from Facebook



38 likes

June 30

Add a comment...                    Post











montcowatch • Follow

No comments yet.
Start the conversation.

39 likes
July 9

Add a comment...                    Post



montcowatch · Follow
Norristown, Pennsylvania

montcowatch ICE activity has surged across Montgomery County in recent days, with at least 4 confirmed detentions in Norristown and suspected operations reported in Ambler and Willow Grove. There was also a suspected ICE sighting near HMART in Cheltenham on 7/9, though no detentions are suspected there.

If you witnessed any of these incidents, have photos, video, or information, please reach out to MontCo Watch at montcowatch@gmail.com or text 267-279-9205.

Community vigilance and solidarity are crucial. Let's keep each other safe.

22w

95 likes
July 10

Add a comment...                          Post



montcowatch • Follow
Norristown, Pennsylvania

montcowatch ICE activity has surged across Montgomery County in recent days, with at least 4 confirmed detentions in Norristown and suspected operations reported in Ambler and Willow Grove. There was also a suspected ICE sighting near HMART in Cheltenham on 7/9, though no detentions are suspected there.

If you witnessed any of these incidents, have photos, video, or information, please reach out to MontCo Watch at montcowatch@gmail.com or text 267-279-9205.

Community vigilance and solidarity are crucial. Let's keep each other safe.

22w

95 likes
July 10

Add a comment...                                                 Post



montcowatch • Follow
Norristown, Pennsylvania

montcowatch ICE activity has surged across Montgomery County in recent days, with at least 4 confirmed detentions in Norristown and suspected operations reported in Ambler and Willow Grove. There was also a suspected ICE sighting near HMART in Cheltenham on 7/9, though no detentions are suspected there.

If you witnessed any of these incidents, have photos, video, or information, please reach out to MontCo Watch at montcowatch@gmail.com or text 267-279-9205.

Community vigilance and solidarity are crucial. Let's keep each other safe.

22w

95 likes
July 10

Add a comment...                                    Post



montcowatch • Follow
Norristown, Pennsylvania

montcowatch ICE activity has surged across Montgomery County in recent days, with at least 4 confirmed detentions in Norristown and suspected operations reported in Ambler and Willow Grove. There was also a suspected ICE sighting near HMART in Cheltenham on 7/9, though no detentions are suspected there.

If you witnessed any of these incidents, have photos, video, or information, please reach out to MontCo Watch at montcowatch@gmail.com or text 267-279-9205.

Community vigilance and solidarity are crucial. Let's keep each other safe.

22w

95 likes
July 10

Add a comment...    Post





montcowatch • Follow

View hidden comments

4 comments from Facebook

51 likes

July 13

Add a comment...   Post



**montcowatch** • Follow

Frazer, Pennsylvania

**montcowatch** Over the past few days, ICE has been sweeping through our communities like a storm. People have been arrested in Hatfield — with reports of at least seven detentions from one apartment complex — and in neighboring Chester County, including Coatesville, Malvern, and Frazer. The photo here shows the vehicle of someone taken by ICE in Frazer on Monday, their window smashed out. No warrant was presented.

Let's be clear: You have rights. You have the right to refuse entry without a signed judicial warrant. You have the right to remain silent. You have the right not to sign anything without a lawyer. But we also have to tell the truth: ICE does not care about our rights. They deliberately ignore them. They lie, deceive, and impersonate local police. They break windows and force open car doors. They use fake sirens and flashing lights. They almost never have warrants — and when they do, they grab as many people as they can as "collateral."

So know your rights, demand your rights — but don't expect ICE to respect them.

That's why we need each other. If you witness an ICE raid or arrest record everything. The law is being broken. Human rights abuses thrive in the shadows. Don't let them happen in the dark.

🚨 Montco Alert Tip line: (267) 279-9205

22w

122 likes

July 15

Add a comment...     Post



montcowatch · Follow
Frazer, Pennsylvania

montcowatch Over the past few days, ICE has been sweeping through our communities like a storm. People have been arrested in Hatfield — with reports of at least seven detentions from one apartment complex — and in neighboring Chester County, including Coatesville, Malvern, and Frazer. The photo here shows the vehicle of someone taken by ICE in Frazer on Monday, their window smashed out. No warrant was presented.

Let's be clear: You have rights. You have the right to refuse entry without a signed judicial warrant. You have the right to remain silent. You have the right not to sign anything without a lawyer. But we also have to tell the truth: ICE does not care about our rights. They deliberately ignore them. They lie, deceive, and impersonate local police. They break windows and force open car doors. They use fake sirens and flashing lights. They almost never have warrants — and when they do, they grab as many people as they can as "collateral."

So know your rights, demand your rights — but don't expect ICE to respect them.

That's why we need each other. If you witness an ICE raid or arrest record everything. The law is being broken. Human rights abuses thrive in the shadows. Don't let them happen in the dark.

🚨 Montco Alert Tip line: (267) 279-9205

22w

122 likes
July 15

Add a comment...                                    Post







montcowatch • Follow

2 comments from Facebook

135 likes
July 16

Add a comment...    Post





montcowatch • Follow
Original audio

montcowatch At 9:30am on June 29, multiple unmarked vehicles pulled up at Kohn and West Oak in Norristown. ICE agents used fake sirens to impersonate local police and then chased and tackled a father of five. No warrant. No crime.

They brutalized him in front of the community—and then celebrated what they had done.

This is not public safety. This is state-sponsored violence, happening in broad daylight in Montgomery County.

We will not look away. We will not stay silent.

📍 Report ICE activity: montcowatch@gmail.com | Text/call 267-279-9205

#StopICE #CommunityDefense #MontcoWatch #Norristown #ImmigrantRights #NotOneMore

___

A las 9:30 a. m. del 29 de junio, varios vehículos sin identificación se detuvieron en Kohn y West Oak en Norristown. Agentes de ICE usaron sirenas falsas para hacerse pasar por policías locales y sacaron a rastras a un padre de cinco hijos de su auto. No se trataba de una orden judicial. No era un delito.

Lo brutalizaron frente a la comunidad—y luego celebraron lo que hicieron.

Esto no es seguridad pública. Esto es violencia respaldada por el Estado, ocurriendo a plena luz del día en el condado de Montgomery.

No vamos a mirar hacia otro lado. No vamos a quedarnos en silencio.

📍 Reporta actividad de ICE: montcowatch@gmail.com | Texto o llamada al 267-279-9205

#AltoAICE #DefensaComunitaria #MontcoWatch #Norristown #DerechosMigrantes #NiUnoMás

Edited · 21w    See translation

This reel has 3 comments from Facebook.

86 likes
July 18

Add a comment...                    Post





montcowatch • Follow
...

montcowatch The more you know. ⭐
20w

2 comments from Facebook

71 likes
July 24

Add a comment...    Post



montcowatch · Follow ···

montcowatch The more you know. ⭐

20w

2 comments from Facebook

71 likes

July 24

Add a comment...                    Post









montcowatch • Follow
West Norriton, Pennsylvania

montcowatch ICE RAID IN WEST NORRITON – JULY 16th

In a massive show of force, ICE agents targeted Latino grocery workers in Montgomery County—detaining 14 people, locking down a local market, and terrifying an entire community. Families are now in crisis. This is happening here. This is happening now.

📞 Report ICE activity: 267-279-9205

Read more below:

Inquirer Article:
https://www.inquirer.com/news/pennsylvania/super-gigante-food-market-ice-raid-norristown-20250725.html

Times Herald Article: https://www.timesherald.com/2025/07/16/14-detained-in-ice-raid-at-west-norriton-supermarket/

Public Statement Regarding Federal Enforcement Activity in West Norriton Township
https://www.westnorritontwp.org/CivicAlerts.aspx?AID=408

20w

104 likes
July 25

Add a comment...                                    Post



montcowatch • Follow
West Norriton, Pennsylvania

montcowatch ICE RAID IN WEST NORRITON – JULY 16th

In a massive show of force, ICE agents targeted Latino grocery workers in Montgomery County—detaining 14 people, locking down a local market, and terrifying an entire community. Families are now in crisis. This is happening here. This is happening now.

📞 Report ICE activity: 267-279-9205

Read more below:

Inquirer Article:
https://www.inquirer.com/news/pennsylvania/super-gigante-food-market-ice-raid-norristown-20250725.html

Times Herald Article: https://www.timesherald.com/2025/07/16/14-detained-in-ice-raid-at-west-norriton-supermarket/

Public Statement Regarding Federal Enforcement Activity in West Norriton Township
https://www.westnorritontwp.org/CivicAlerts.aspx?AID=408

20w

104 likes

July 25

Add a comment...    Post







montcowatch • Follow
West Norriton, Pennsylvania

montcowatch ICE RAID IN WEST NORRITON – JULY 16th

In a massive show of force, ICE agents targeted Latino grocery
workers in Montgomery County—detaining 14 people, looting
down a local market, and terrifying an entire community. Families
are now in crisis. This is happening here. This is happening now.

📞 Report ICE activity: 267-279-9205

Read more below:

Inquirer Article:
https://www.inquirer.com/news/pennsylvania/super-gigante-food-
market-ice-raid-norristown-20250725.html

Times Herald Article: https://www.timesherald.com/2025/07/16/14-
detained-in-ice-raid-at-west-norriton-supermarket/

Public Statement Regarding Federal Enforcement Activity in West
Norriton Township
https://www.westnortontwp.org/CivicAlerts.aspx?AID=408

20w

104 likes

July 25

Add a comment...                                                    Post





# Call to Action:
## Gov. Shapiro Stop State
## ICE Collaboration

Call: (717) 787-2500
Text: (717) 788-8990
Email: Danafritz@pa.gov
(Chief of staff)

*Sample script*: "Hi, I'm leaving a message for Governor Shapiro. I want him to end state collaboration with ICE. There are several ways he can take administrative action and I urge him to use the full extent of his power such as ending database access with ICE, ending collaboration between the State Department of Corrections and ICE, strengthening the state trooper ICE policy, and protecting information in public benefit programs from ICE. We need our Governor to stand up for immigrant communities."





montcowatch • Follow

montcowatch Tell Governor Shapiro, Stop State Collaboration with ICE!

Call: (717) 787-2500
Text: (717) 788-8990
Email: Danafritz@pa.gov (Chief of staff)

Sample script: "Hi, I'm leaving a message for Governor Shapiro. I want him to end state collaboration with ICE. There are several ways he can take administrative action and I urge him to use the full extent of his power such as ending database access with ICE, ending collaboration between the State Department of Corrections and ICE, strengthening the state trooper ICE policy, and protecting information in public benefit programs from ICE. We need our Governor to stand up for immigrant communities."

Courtesy of @palovesimmigrants

#ImmigrantsAreWelcomeHere #ImmigrantRightsAreHumanRights #ImmigrantsGrowCommunities

20w

78 likes

July 28

Add a comment...                                    Post



montcowatch • Follow

montcowatch At least 24 Latino men (more suspected) were taken by ICE from Montgomery County in July alone.

Fathers. Workers. Neighbors.
Pulled over by unmarked vehicles, taken without warrants, families left terrified and shattered.

This is not "immigration enforcement."
This is targeted, unconstitutional harassment.

We will not let these constitutional crimes go unseen.

If you witness or have information about an ICE detention in MontCo: Email montcowatch@gmail.com

To report real time ICE activity call our tip line ASAP to reach local response teams

🚨 TIPLINE 267-279-9206 🚨

Visibility is resistance. Connection is power.

19w

1 comment from Facebook

121 likes
July 31

Add a comment...          Post





montcowatch • Follow

montcowatch At least 24 Latino men (more suspected) were taken by ICE from Montgomery County in July alone.

Fathers. Workers. Neighbors.
Pulled over by unmarked vehicles, taken without warrants, families left terrified and shattered.

This is not "immigration enforcement."
This is targeted, unconstitutional harassment.

We will not let these constitutional crimes go unseen.

If you witness or have information about an ICE detention in MontCo: Email montcowatch@gmail.com

To report real time ICE activity call our tip line ASAP to reach local response teams

🚨 TIPLINE 267-279-9206 🚨

Visibility is resistance. Connection is power.
19w

1 comment from Facebook

121 likes
July 31

Add a comment...    Post



montcowatch • Follow                                    ...

montcowatch At least 24 Latino men (more suspected) were taken by ICE from Montgomery County in July alone.

Fathers. Workers. Neighbors.
Pulled over by unmarked vehicles, taken without warrants, families left terrified and shattered.

This is not "immigration enforcement."
This is targeted, unconstitutional harassment.

We will not let these constitutional crimes go unseen.

If you witness or have information about an ICE detention in MontCo: Email montcowatch@gmail.com

To report real time ICE activity call our tip line ASAP to reach local response teams

🚨 TIPLINE 267-279-9206 🚨

Visibility is resistance. Connection is power.

19w

1 comment from Facebook

121 likes

July 31

Add a comment...                                    Post



montcowatch • Follow    ···

montcowatch At least 24 Latino men (more suspected) were taken by ICE from Montgomery County in July alone.

Fathers. Workers. Neighbors.
Pulled over by unmarked vehicles, taken without warrants, families left terrified and shattered.

This is not "immigration enforcement."
This is targeted, unconstitutional harassment.

We will not let these constitutional crimes go unseen.

If you witness or have information about an ICE detention in MontCo: Email montcowatch@gmail.com

To report real time ICE activity call our tip line ASAP to reach local response teams

🚨 TIPLINE 267-279-9206 🚨

Visibility is resistance. Connection is power.
19w

1 comment from Facebook

121 likes
July 31

Add a comment...    Post





montcowatch • Follow

**montcowatch** At least 24 Latino men (more suspected) were taken by ICE from Montgomery County in July alone.

Fathers. Workers. Neighbors.
Pulled over by unmarked vehicles, taken without warrants, families left terrified and shattered.

This is not "immigration enforcement."
This is targeted, unconstitutional harassment.

We will not let these constitutional crimes go unseen.

If you witness or have information about an ICE detention in MontCo: Email montcowatch@gmail.com

To report real time ICE activity call our tip line ASAP to reach local response teams

🚨 TIPLINE 267-279-9206 🚨

Visibility is resistance. Connection is power.

19w

1 comment from Facebook

121 likes
July 31

Add a comment...                    Post









**montcowatch** • Follow

King of Prussia, Pennsylvania

 On July 31st, Andres was taken by ICE in broad daylight at his workplace in King of Prussia.

Four men in street clothes entered the restaurant, showed him a photo, and claimed they needed to ask him questions about a criminal case. They never identified themselves. They never showed badges. They lied.

There was no investigation. No charges. No crime.

Andres has valid work authorization. He has no criminal record. He was simply targeted — and disappeared.

Now his fiancée is fighting to bring him home.

Please support the GoFundMe to help cover legal fees and tremendous cost associated with detention:
https://gofund.me/31742872

This is what ICE is doing in our neighborhoods. We must keep watch. We must speak out. We must protect each other.

19w

Liked by **pittsburghwomenfordemocracy** and **373 others**

August 5

Add a comment...                                                        Post



## HELP ANDRES GO BACK HOME FROM ICE CUSTODY

**$4,690 raised**
$5.5K goal · 61 donations

 85%

**Share**

 montcowatch · Follow
King of Prussia, Pennsylvania

 **montcowatch** On July 31st, Andres was taken by ICE in broad daylight at his workplace in King of Prussia.

Four men in street clothes entered the restaurant, showed him a photo, and claimed they needed to ask him questions about a criminal case. They never identified themselves. They never showed badges. They lied.

There was no investigation. No charges. No crime.

Andres has valid work authorization. He has no criminal record. He was simply targeted — and disappeared.

Now his fiancée is fighting to bring him home.

Please support the GoFundMe to help cover legal fees and tremendous cost associated with detention: https://gofund.me/31742872

This is what ICE is doing in our neighborhoods. We must keep watch. We must speak out. We must protect each other.

19w

   



 Liked by **pittsburghwomenfordemocracy** and **373 others**

August 5

Add a comment...                                    Post



 **montcowatch** • Follow    
King of Prussia, Pennsylvania

 **montcowatch** On July 31st, Andres was taken by ICE in broad daylight at his workplace in King of Prussia.

Four men in street clothes entered the restaurant, showed him a photo, and claimed they needed to ask him questions about a criminal case. They never identified themselves. They never showed badges. They lied.

There was no investigation. No charges. No crime.

Andres has valid work authorization. He has no criminal record. He was simply targeted — and disappeared.

Now his fiancée is fighting to bring him home.

Please support the GoFundMe to help cover legal fees and tremendous cost associated with detention: https://gofund.me/31742872

This is what ICE is doing in our neighborhoods. We must keep watch. We must speak out. We must protect each other.

19w

      

 Liked by **pittsburghwomenfordemocracy** and **373 others**

August 5

Add a comment...    Post



 montcowatch • Follow
King of Prussia, Pennsylvania



 montcowatch On July 31st, Andres was taken by ICE in broad
daylight at his workplace in King of Prussia.

Four men in street clothes entered the restaurant, showed him a
photo, and claimed they needed to ask him questions about a
criminal case. They never identified themselves. They never showed
badges. They lied.

There was no investigation. No charges. No crime.

Andres has valid work authorization. He has no criminal record. He
was simply targeted — and disappeared.

Now his fiancée is fighting to bring him home.

Please support the GoFundMe to help cover legal fees and
tremendous cost associated with detention:
https://gofund.me/31742872

This is what ICE is doing in our neighborhoods. We must keep
watch. We must speak out. We must protect each other.

19w



Liked by pittsburghwomenfordemocracy and 373 others

August 5

Add a comment...                                          Post



 montcowatch • Follow
King of Prussia, Pennsylvania

 montcowatch On July 31st, Andres was taken by ICE in broad daylight at his workplace in King of Prussia.

Four men in street clothes entered the restaurant, showed him a photo, and claimed they needed to ask him questions about a criminal case. They never identified themselves. They never showed badges. They lied.

There was no investigation. No charges. No crime.

Andres has valid work authorization. He has no criminal record. He was simply targeted — and disappeared.

Now his fiancée is fighting to bring him home.

Please support the GoFundMe to help cover legal fees and tremendous cost associated with detention: https://gofund.me/31742872

This is what ICE is doing in our neighborhoods. We must keep watch. We must speak out. We must protect each other.

19w

  

 Liked by pittsburghwomenfordemocracy and 373 others

August 5

Add a comment...                                    Post



montcowatch • Follow

No comments yet.
Start the conversation.

93 likes
August 13

Add a comment...                    Post

















montcowatch • Follow                                    ...

No comments yet.
Start the conversation.

Liked by **palovesimmigrants** and **53 others**
September 3

Add a comment...                                        Post







montcowatch • Follow

2 comments from Facebook

**MONTGOMERY COUNTY ICE DENTENTION REPORT**

**NORRISTOWN**
**8/21/25**

A Latino man who is a resident of Norristown was detained by ICE during a routine ICE kiosk check-in.

84 likes

September 11

Add a comment...    Post



montcowatch • Follow

2 comments from Facebook

84 likes
September 11





montcowatch • Follow

··· 

2 comments from Facebook

84 likes
September 11

Add a comment...                    Post



montcowatch · Follow

2 comments from Facebook

84 likes

September 11

Add a comment...    Post





montcowatch · Follow

13 comments from Facebook

46 likes

September 18

Add a comment...                    Post

















montcowatch • Follow

8 comments from Facebook

107 likes

October 20

Add a comment...    Post













montcowatch · Follow

···

View hidden comments

These comments were hidden because they may be misleading, offensive or spam. People can still tap to view them.

4 comments from Facebook

118 likes

November 5

Add a comment...                Post



montcowatch • Follow
Original audio

View hidden comments

These comments were hidden because they may be misleading, offensive or spam. People can still tap to view them.

This reel has 56 comments from Facebook.

649 likes
November 5

Add a comment...    Post







montcowatch • Follow
Dhruv Goel • Evidence

montcowatch On November 6th, 🌐 once again descended upon Norristown, Pa. Bringing weapons, terror and injustice to our neighborhoods. Atleast two detentions have been confirmed.

5w

This reel has 7 comments from Facebook.

107 likes
November 6

Add a comment...                Post







montcowatch • Follow
Original audio

montcowatch ***correction the man taken from Plymouth meeting was from South Asia.***
Edited · 4w

71 likes
November 14

Add a comment...                                                    Post





montcowatch · Follow
Original audio

montcowatch This morning at 7am -3 suspected ICE agents were reported near the mega-mat laundromat at Marshall and George.

Shortly after this video was posted on social media—masked men chasing a Latino man, running for his life.

It has been confirmed that the agents were 🧊 and the man has been identified. Witnesses report he was carrying laundry on his way to the mat.

A second man has been identified as being detained from around this location while meeting a ride to get to work.

Edited · 4w

190 likes
November 16

Add a comment...                                                    Post



Yesterday, Montco Community Watch received a credible tip that ICE took a man after a traffic stop. A family believed that their loved one had been taken. Thankfully, we have since learned that was not the case. We are committed to sharing accurate information and correcting the record when we get it wrong.

This situation didn't arise out of nowhere. It is a direct result of the climate ICE has created in Montgomery County. ICE is not only putting the community at risk by its actions, but also because of the blurred lines it has created with local law enforcement. ICE wears police vests, refuses to identify themselves or identifies as local police, uses police lights, and drives unmarked cars — all of which make it nearly impossible for community members to distinguish ICE from local law enforcement. These practices and lack of accountability have created real fear and confusion for the community and caused a growing distrust of all law enforcement.

If residents don't feel safe contacting or interacting with the police when they need help or are in danger, people will get hurt. We implore our local law enforcement agencies to make every effort to restore confidence in both words and actions that their job is community safety and not immigration enforcement. Every one of our 62 municipalities in Montgomery County should pass Welcoming policies now to ensure it is clear to all local law enforcement that they do not work with ICE and that they will be held accountable if they do.

And while we fight for those protections, people still need help now. They need visibility so the truth isn't hidden, and support so families aren't left to navigate this alone. Montco Community Watch strives to be the place to fill this gap in our county during these challenging times.

We appreciate the community's trust and continue to work to support all of our neighbors in Montgomery County, PA.



montcowatch • Follow

No comments yet.
Start the conversation.

118 likes
November 21

Add a comment...    Post

Ayer, Montco Community Watch recibió un aviso fidedigno de que ICE había detenido a un hombre tras una parada de tráfico. Una familia creyó que su ser querido había sido detenido. Afortunadamente, hemos comprobado que no fue así. Nos comprometemos a compartir información precisa y a corregir cualquier error.

Esta situación no surgió de la nada. Es consecuencia directa del clima que ICE ha creado en el condado de Montgomery. ICE no solo pone en riesgo a la comunidad con sus acciones, sino también por la confusión que ha generado con las fuerzas del orden locales. ICE usa chalecos policiales, se niega a identificarse o se identifica como policía local, utiliza luces policiales y conduce vehículos sin distintivos, lo que hace prácticamente imposible que los miembros de la comunidad distingan a ICE de las fuerzas del orden locales. Estas prácticas y la falta de rendición de cuentas han generado temor y confusión en la comunidad, y han provocado una creciente desconfianza hacia todas las fuerzas del orden.

Si los residentes no se sienten seguros al contactar o interactuar con la policía cuando necesitan ayuda o están en peligro, habrá personas heridas. Instamos a nuestras agencias policiales locales a que hagan todo lo posible por restaurar la confianza, dejando claro, tanto de palabra como con hechos, que su función es la seguridad de la comunidad y no la aplicación de las leyes de inmigración. Cada uno de nuestros 62 municipios en el condado de Montgomery debe aprobar políticas de bienvenida ahora para garantizar que quede claro para todas las fuerzas del orden locales que no colaboran con el ICE y que serán responsabilizadas si lo hacen.

Y mientras luchamos por esas protecciones, la gente sigue necesitando ayuda. Necesitan visibilidad para que la verdad no se oculte y apoyo para que las familias no tengan que afrontar esto solas. Montco Community Watch se esfuerza por ser el lugar que cubra esta necesidad en nuestro condado durante estos tiempos difíciles.

Agradecemos la confianza de la comunidad y continuamos trabajando para apoyar a todos nuestros vecinos en el condado de Montgomery, Pensilvania.



montcowatch • Follow

No comments yet.
Start the conversation.

118 likes
November 21

Add a comment...                                    Post



On 11/24/25, MontCo Community Watch reported that there was a confirmed ICE detention in Abington Township

There was a mix-up after a representative from Abington Township conflated two separate incidents and believed a detention had not occurred. This confusion stemmed from the fact that ICE does not regularly communicate its presence to local law enforcement.

Local authorities have since confirmed that the detention did, in fact, take place. This matters because it is important for our community to understand that ICE was present in this area and that our neighbors were taken. Their presence here is not hypothetical — it is real, and it is happening.

And this is exactly the challenge we're navigating: a federal agency operating in secrecy and a community trying to piece together the truth in real time. We will continue doing everything we can to verify information, correct the record when needed, and ensure that what happens in the shadows does not stay there. Visibility is safety. Accuracy is power. And our community deserves both.

 montcowatch • Follow

montcowatch On 11/24/25, MontCo Community Watch reported that there was a confirmed ICE detention in Abington Township

There was a mix-up after a representative from Abington Township conflated two separate incidents and believed a detention had not occurred. This confusion stemmed from the fact that ICE does not regularly communicate its presence to local law enforcement.

Local authorities have since confirmed that the detention did, in fact, take place. This matters because it is important for our community to understand that ICE was present in this area and that our neighbors were taken. Their presence here is not hypothetical — it is real, and it is happening.

And this is exactly the challenge we're navigating: a federal agency operating in secrecy and a community trying to piece together the truth in real time. We will continue doing everything we can to verify information, correct the record when needed, and ensure that what happens in the shadows does not stay there. Visibility is safety. Accuracy is power. And our community deserves both.

El 24/11/25, MontCo Community Watch informó que se confirmó una detención por parte de ICE en el municipio de Abington.

Hubo una confusión después de que un representante del municipio de Abington combinara dos incidentes separados y creyera que no se había producido ninguna detención. Esta confusión se debió a que ICE no informa regularmente de su presencia a las autoridades locales.

Las autoridades locales han confirmado posteriormente que la detención sí se llevó a cabo. Esto es importante porque es fundamental que nuestra comunidad comprenda que ICE estuvo presente en esta zona y que nuestros vecinos fueron secuestrados. Su presencia aquí no es hipotética; es real y está sucediendo.

Y este es precisamente el desafío que enfrentamos: una agencia federal que opera en secreto y una comunidad que intenta reconstruir la verdad en tiempo real. Seguiremos haciendo todo lo posible para verificar la información, corregir los registros cuando sea necesario y garantizar que lo que sucede en la sombra no se quede allí. La visibilidad es seguridad. La precisión es poder. Y nuestra comunidad merece ambas

Edited · 3w    See translation

 

98 likes
November 26

Add a comment…                                    Post

El 24/11/25, MontCo Community Watch informó que se confirmó una detención por parte de ICE en el municipio de Abington.

Hubo una confusión después de que un representante del municipio de Abington combinara dos incidentes separados y creyera que no se había producido ninguna detención. Esta confusión se debió a que ICE no informa regularmente de su presencia a las autoridades locales.

Las autoridades locales han confirmado posteriormente que la detención sí se llevó a cabo. Esto es importante porque es fundamental que nuestra comunidad comprenda que ICE estuvo presente en esta zona y que nuestros vecinos fueron secuestrados. Su presencia aquí no es hipotética; es real y está sucediendo.

Y este es precisamente el desafío que enfrentamos: una agencia federal que opera en secreto y una comunidad que intenta reconstruir la verdad en tiempo real. Seguiremos haciendo todo lo posible para verificar la información, corregir los registros cuando sea necesario y garantizar que lo que sucede en la sombra no se quede allí. La visibilidad es seguridad. La precisión es poder. Y nuestra comunidad merece ambas.

 montcowatch • Follow 

 **montcowatch** On 11/24/25, MontCo Community Watch reported that there was a confirmed ICE detention in Abington Township

There was a mix-up after a representative from Abington Township conflated two separate incidents and believed a detention had not occurred. This confusion stemmed from the fact that ICE does not regularly communicate its presence to local law enforcement.

Local authorities have since confirmed that the detention did, in fact, take place. This matters because it is important for our community to understand that ICE was present in this area and that our neighbors were taken. Their presence here is not hypothetical — it is real, and it is happening.

And this is exactly the challenge we're navigating: a federal agency operating in secrecy and a community trying to piece together the truth in real time. We will continue doing everything we can to verify information, correct the record when needed, and ensure that what happens in the shadows does not stay there. Visibility is safety. Accuracy is power. And our community deserves both.

El 24/11/25, MontCo Community Watch informó que se confirmó una detención por parte de ICE en el municipio de Abington.

Hubo una confusión después de que un representante del municipio de Abington combinara dos incidentes separados y creyera que no se había producido ninguna detención. Esta confusión se debió a que ICE no informa regularmente de su presencia a las autoridades locales.

Las autoridades locales han confirmado posteriormente que la detención sí se llevó a cabo. Esto es importante porque es fundamental que nuestra comunidad comprenda que ICE estuvo presente en esta zona y que nuestros vecinos fueron secuestrados. Su presencia aquí no es hipotética; es real y está sucediendo.

98 likes
November 26

Add a comment...                    Post











montcowatch • Follow

montcowatch If you see ICE activity in Southeastern PA, call the Rapid Response number for your county immediately. When reporting, remember the SALUTE acronym:

S – Size: How many agents or vehicles?
A – Activity: What are they doing?
L – Location: Exact address, cross streets, landmarks.
U – Unit: Are they marked as ICE or impersonating local police?
T – Time: When did you see it?
E – Equipment: Vehicles, weapons, tools they're using.

Document what you can safely. Photos and videos help—but your eyes and words are just as powerful.

Every detail matters. Every call brings visibility and protection.

📞 Find your county's number on this graphic or visit paimmigrant.org for the most up-to-date info.

20w

96 likes
July 30

Add a comment...                                    Post