CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    Fax: (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE, <br><br> Movant, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondent. | CASE NO. 3:25-MC-80325-PHK <br><br> **NOTICE OF WITHDRAWAL OF SUMMONSES** <br><br> Hon. Peter H. Kang |

    Defendant United States Department of Homeland Security ("Defendant") submits this Notice of Withdrawal of Summonses to notify the Court that on January 16, 2026, Defendant emailed Meta, Inc. and withdrew summonses HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001 (the "Summonses"), which were the subject of Plaintiff John Doe's motion to quash that initiated the above-captioned action. Defendant notified Plaintiff John Doe on January 16, 2026, that the Summonses had been withdrawn.

                                                                         Respectfully Submitted,
                                                                         CRAIG H. MISSAKIAN
                                                                         United States Attorney

DATED: January 21, 2026                           */s/ Sarah E. Balkissoon*
                                                                         SARAH E. BALKISSOON
                                                                         Assistant United States Attorney
                                                                         Attorneys for Defendant