Stephen A. Loney, Jr. (admitted *pro hac vice*)
Ari Shapell (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org
karmstrong@aclupa.org

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
mcagle@aclunc.org

Jonathan H. Feinberg (admitted *pro hac vice*)
KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP
718 Arch St. Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

Seth Kreimer (admitted *pro hac vice*)
3501 Sansom St.
Philadelphia, PA 19104
Telephone: (215) 898-7447
skreimer@law.upenn.edu

Caitlin Barry (admitted *pro hac vice*)
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Telephone: (610) 519-3216
caitlin.barry@law.villanova.edu

*Attorneys for Movant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:* <br><br> J. DOE, <br><br> Movant, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondent. | Case No.: 3:25-mc-80325 <br><br> **STIPULATION OF DISMISSAL** |

1    Undersigned counsel to Movant J. Doe and Respondent United States Department of Homeland

2  Security ("DHS") hereby stipulate and agree, subject to approval of the Court, to dismissal of Movant's

3  Motion to Quash, as set forth below:

4    WHEREAS, on October 16, 2025, Movant filed this miscellaneous action seeking to quash two

5  administrative summonses issued by DHS to Meta Platforms, Inc. ("Meta"), which sought certain

6  information and records concerning Movant's "Montco Community Watch" social media accounts; and

7    WHEREAS, following full briefing and argument on Movant's Motion to Quash, DHS has

8  withdrawn the summonses at issue and, on January 16, 2026, provided notice to Meta as recipient of the

9  summonses that they are withdrawn;

10    NOW, THEREFORE, it is hereby stipulated and agreed that:

11    1.    DHS no longer seeks any information pursuant to the summonses that are the subject of

12            the Motion to Quash;

13    2.    DHS will not attempt to reissue the withdrawn summonses, nor will it issue any other

14            administrative summonses or subpoenas seeking information about Montco Community

15            Watch in connection with social media activity prior to January 20, 2026, or any materially

16            similar social media activity generated after that date; and

17    3.    Movant consents to dismissal of their Motion to Quash.

18    The Parties do not, by agreeing to dismissal of the Motion to Quash, waive any other rights or

19  remedies they may have.

20

21  Dated: January 28, 2026                    By:  /s/ Stephen A. Loney
                                              Stephen A. Loney, Jr. (admitted *pro hac vice*)
22                                            Ari Shapell (admitted *pro hac vice*)
                                              Keith Armstrong (admitted *pro hac vice*)
23
                                              AMERICAN CIVIL LIBERTIES UNION OF
24                                            PENNSYLVANIA

25                                            Jacob Snow (CA Bar No. 270988)
                                              Matthew T. Cagle (CA Bar No. 286101)
26
                                              AMERICAN CIVIL LIBERTIES UNION
27                                            FOUNDATION OF NORTHERN CALIFORNIA, INC.

28                                            Jonathan H. Feinberg (admitted *pro hac vice*)

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP

Seth Kreimer (admitted *pro hac vice*)

Caitlin Barry (admitted *pro hac vice*)

*Attorneys for Movant*

Dated: January 28, 2026

By: */s/ Sarah E. Balkissoon*

Craig H. Missakian (CA Bar No. 125202)
United States Attorney
Pamela T. Johann (CA Bar No. 145558)
Chief, Civil Division
Sarah E. Balkissoon (CA Bar No. 327066)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
Sarah.balkissoon@usdoj.gov

*Attorneys for Respondent*

SO ORDERED

Dated: January __, 2026

_____
Hon. Peter H. Kang
United States Magistrate Judge

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION OF DISMISSAL
3:25-mc-80325

3