| | |
|---|---|
| Stephen A. Loney, Jr. (admitted *pro hac vice*) <br> Ari Shapell (admitted *pro hac vice*) <br> Keith Armstrong (admitted *pro hac vice*) <br> AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA <br> P.O. Box 60173 <br> Philadelphia, PA 19102 <br> Telephone: (215) 592-1513 <br> sloney@aclupa.org <br> ashapell@aclupa.org <br> karmstrong@aclupa.org <br><br> Jacob Snow (CA Bar No. 270988) <br> Matthew T. Cagle (CA Bar No. 286101) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> jsnow@aclunc.org <br> mcagle@aclunc.org <br><br> *Attorneys for Movant* | Jonathan H. Feinberg (admitted *pro hac vice*) <br> KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP <br> 718 Arch St. Suite 501 South <br> Philadelphia, PA 19106 <br> Telephone: (215) 925-4400 <br> jfeinberg@krlawphila.com <br><br> Seth Kreimer (admitted *pro hac vice*) <br> 3501 Sansom St. <br> Philadelphia, PA 19104 <br> Telephone: (215) 898-7447 <br> skreimer@law.upenn.edu <br><br> Caitlin Barry (admitted *pro hac vice*) <br> Villanova University <br> Charles Widger School of Law <br> 299 N. Spring Mill Rd. <br> Telephone: (610) 519-3216 <br> caitlin.barry@law.villanova.edu |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:* <br><br> J. DOE, <br><br> Movant, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondent. | Case No.: 3:25-mc-80325 <br><br> **STIPULATION OF DISMISSAL** |

Undersigned counsel to Movant J. Doe and Respondent United States Department of Homeland Security ("DHS") hereby stipulate and agree, subject to approval of the Court, to dismissal of Movant's Motion to Quash, as set forth below:

WHEREAS, on October 16, 2025, Movant filed this miscellaneous action seeking to quash two administrative summonses issued by DHS to Meta Platforms, Inc. ("Meta"), which sought certain information and records concerning Movant's "Montco Community Watch" social media accounts; and

WHEREAS, following full briefing and argument on Movant's Motion to Quash, DHS has withdrawn the summonses at issue and, on January 16, 2026, provided notice to Meta as recipient of the summonses that they are withdrawn;

NOW, THEREFORE, it is hereby stipulated and agreed that:

1. DHS no longer seeks any information pursuant to the summonses that are the subject of the Motion to Quash;

2. DHS will not attempt to reissue the withdrawn summonses, nor will it issue any other administrative summonses or subpoenas seeking information about Montco Community Watch in connection with social media activity prior to January 20, 2026, or any materially similar social media activity generated after that date; and

3. Movant consents to dismissal of their Motion to Quash.

The Parties do not, by agreeing to dismissal of the Motion to Quash, waive any other rights or remedies they may have.

Dated: January 28, 2026           By: */s/ Stephen A. Loney*
                                  Stephen A. Loney, Jr. (admitted *pro hac vice*)
                                  Ari Shapell (admitted *pro hac vice*)
                                  Keith Armstrong (admitted *pro hac vice*)

                                  AMERICAN CIVIL LIBERTIES UNION OF
                                  PENNSYLVANIA

                                  Jacob Snow (CA Bar No. 270988)
                                  Matthew T. Cagle (CA Bar No. 286101)

                                  AMERICAN CIVIL LIBERTIES UNION
                                  FOUNDATION OF NORTHERN CALIFORNIA, INC.

                                  Jonathan H. Feinberg (admitted *pro hac vice*)

| | |
|---|---|
| | KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP |
| | Seth Kreimer (admitted *pro hac vice*) |
| | Caitlin Barry (admitted *pro hac vice*) |
| | *Attorneys for Movant* |
| Dated: January 28, 2026 | By: /s/ *Sarah E. Balkissoon* |
| | Craig H. Missakian (CA Bar No. 125202) |
| | United States Attorney |
| | Pamela T. Johann (CA Bar No. 145558) |
| | Chief, Civil Division |
| | Sarah E. Balkissoon (CA Bar No. 327066) |
| | Assistant United States Attorney |
| | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7200 |
| | Facsimile: (415) 436-6748 |
| | Sarah.balkissoon@usdoj.gov |
| | *Attorneys for Respondent* |

SO ORDERED

Dated: January 28, 2026

Hon. Peter H. Kang
United States Magistrate Judge

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.