**EXHIBIT A**

| Date | Task Description | Time |
|---|---|---|
| 10/15/2026 | Call with co-counsel regarding the case and draft motion to quash; review draft of motion to quash and add comments and revisions. | 1 |
| 10/15/2026 | Email co-counsel regarding form and content of motion and relationship to other cases pending. | 0.5 |
| 10/16/2026 | Review draft of motion to quash and add comments; correspond with co-counsel regarding form and content of motion to quash. | 1.5 |
| 10/16/2026 | Review and revise draft of motion to quash; coordinate finalizing brief for filing. | 2 |
| 10/24/2026 | Review, finalize, and file motion for pro-hac-vice admission of co-counsel. | 0.7 |
| 10/25/2026 | Correspond with co-counsel regarding pro-hac-vice motions | 0.3 |
| 11/5/2026 | Correspond with co-counsel regarding briefing schedule | 0.3 |
| 11/24/2026 | Correspond with co-counsel regarding withdrawal of subpoena by DHS in other case. | 0.5 |
| 12/22/2026 | Review and comment on draft reply; correspond with co-counsel regarding same. | 2 |
| 12/23/2026 | Review and finalize reply brief for filing; coordinate with paralegal to file reply brief. | 1.5 |
| 1/13/2026 | Review materials and prepare for call to discuss hearing on motion; call with co-counsel to discuss hearing. | 1 |
| 1/14/2026 | Review cases and discuss hearing with co-counsel | 2 |
| 1/14/2026 | Travel to and attend hearing on motion to quash | 2 |
| 1/20/2026 | Correspond with co-counsel re DHS withdrawal of subpoena | 0.5 |
| **Total Hours** | | **15.8** |
| **Total** | **Total Fees = $580 per hour x Total Hours:** | **$9,164** |