| | |
|---|---|
| Stephen A. Loney, Jr. (admitted *pro hac vice*) <br> Ari Shapell (admitted *pro hac vice*) <br> Keith Armstrong (admitted *pro hac vice*) <br> AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA <br> P.O. Box 60173 <br> Philadelphia, PA 19102 <br> Telephone: (215) 592-1513 <br> sloney@aclupa.org <br> ashapell@aclupa.org <br> karmstrong@aclupa.org <br><br> Jacob Snow (CA Bar No. 270988) <br> Matthew T. Cagle (CA Bar No. 286101) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> jsnow@aclunc.org <br> mcagle@aclunc.org | Jonathan H. Feinberg (admitted *pro hac vice*) <br> KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP <br> 718 Arch St. Suite 501 South <br> Philadelphia, PA 19106 <br> Telephone: (215) 925-4400 <br> jfeinberg@krlawphila.com <br><br> Seth Kreimer (admitted *pro hac vice*) <br> 3501 Sansom St. <br> Philadelphia, PA 19104 <br> Telephone: (215) 898-7447 <br> skreimer@law.upenn.edu <br><br> Caitlin Barry (admitted *pro hac vice*) <br> Villanova University <br> Charles Widger School of Law <br> 299 N. Spring Mill Rd. <br> Telephone: (610) 519-3216 <br> caitlin.barry@law.villanova.edu |

*Attorneys for Movant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summonses Number HSI-PH-2025-082814-001 & HSI-PH-2025-082819-001:* <br><br> J. DOE, <br><br> Movant, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondent. | Misc. Case No. 3:25-mc-80325-PHK <br><br> **NOTICE OF ERRATA FOR MOTION FOR ATTORNEYS' FEES UNDER EAJA AND RULE 45(d)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE [ECF 38]** <br><br> Date: March 12, 2026 <br> Time: 1:30PM <br> Courtroom: F, 15th Floor <br><br> Hon. Peter H. Kang |

Movant, having discovered certain errors in citations to docketed filings in the Notice of Motion and Motion for Attorneys' Fees Under EAJA and Rule 45(d)(1) of the Federal Rules of Civil Procedure filed February 10, 2026 (ECF No. 38), hereby submit the following errata:

| Page No. | Erroneous Citation | Correct Citation |
| --- | --- | --- |
| 13 | Dkt. Nos. 39–40 | Dkt. Nos. 38-2–38-3 |
| 22 | Dkt. Nos. 42–48 | Dkt. Nos. 39–45 |
| 23 | Dkt. Nos. 42–48 (two references) | Dkt. Nos. 39–45 |
| 23 | Dkt. No. 48 | Dkt. No. 45 |
| 24 | Dkt. No. 48 (two references) | Dkt. No. 45 |
| 24 | Dkt. No. 46 (two references) | Dkt. No. 43 |

Dated: February 11, 2026

Respectfully submitted,

By: */s/ Ariel Shapell*

Ariel Shapell (admitted *pro hac vice*)
Stephen A. Loney, Jr. (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)

AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA

Jonathan H. Feinberg (admitted *pro hac vice*)

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP

Seth Kreimer (admitted *pro hac vice*)

Caitlin Barry (admitted *pro hac vice*)

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

*Attorneys for Movant*