Stephen A. Loney, Jr. (admitted *pro hac vice*)
Ariel Shapell (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org
karmstrong@aclupa.org

Jacob Snow (CA Bar No. 270988)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org

Jonathan H. Feinberg (admitted *pro hac vice*)
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN, LLP
718 Arch St. Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

Seth Kreimer (admitted *pro hac vice*)
3501 Sansom St.
Philadelphia, PA 19104
Telephone: (215) 898-7447
skreimer@law.upenn.edu

Caitlin Barry (admitted *pro hac vice*)
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Telephone: (610) 519-3216
caitlin.barry@law.villanova.edu

*Attorneys for Movant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>Movant,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | Case No.: 3:25-mc-80325<br><br>**MOVANT'S STATEMENT OF RECENT DECISION**<br><br>Hon. Peter H. Kang |

Pursuant to Civil Local Rule 7-3(d)(2), Movant submits this Statement of Recent Decision. Movant respectfully brings to this Court's attention a new authority issued after Movant's Motion for Attorneys' Fees Under EAJA and Rule 45(d)(1) of the Federal Rules of Civil Procedure (the "Motion") was filed on February 10, 2026 (Dkt. No. 38). On April 29, 2026, the Supreme Court issued its decision in *First Choice Women's Res. Centers, Inc. v. Davenport*, No. 24-781, 608 U.S. ---, 2026 WL 1153029 (U.S. Apr. 29, 2026). A true and correct copy of the *First Choice* decision is attached hereto as Exhibit A. The *First Choice* decision is pertinent to the issues raised in the Motion, because it discusses the associational rights guaranteed by the First Amendment.

Dated: May 14, 2026                          Respectfully submitted,

By: */s/ Ariel Shapell*

Ariel Shapell (admitted *pro hac vice*)
Stephen A. Loney, Jr. (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)

AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA

Jacob Snow (CA Bar No. 270988)

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

Jonathan H. Feinberg (admitted *pro hac vice*)

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP

Seth Kreimer (admitted *pro hac vice*)

Caitlin Barry (admitted *pro hac vice*)

*Attorneys for Movant*